```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

   EDDIE L. BOLDEN,                  )  No.  17 C 417
                                     )
                    Plaintiff,       )  Chicago, Illinois
                                     )  February 16, 2017
                                     )  9:20 o'clock a.m.
   -vs-                              )
                                     )
   CITY OF CHICAGO, et al.,          )
                                     )
                    Defendants.      )


              TRANSCRIPT OF PROCEEDINGS - MOTION
           BEFORE THE HONORABLE MILTON I. SHADUR

   APPEARANCES:

   For the Plaintiff:        RILEY SAFER HOLMES & CANCILA LLP
                             BY:  MR. ELI J. LITOFF
                             Three First National Plaza
                             70 West Madison Street
                             Suite 2900
                             Chicago, Illinois 60602


   For Defendant             GREENBERG TRAURIG, LLP
   City of Chicago:          BY:  MR. ELAN A. SHPIGEL
                             77 West Wacker Drive
                             Suite 3100
                             Chicago, Illinois 60601


   For Defendant Kill:       GEORGE E. BECKER, ESQ.
                             BY:  MR. GEORGE E. BECKER
                             33 North LaSalle Street
                             Suite 3300
                             Chicago, Illinois 60602



   Court Reporter:           ROSEMARY SCARPELLI
                             219 South Dearborn Street
                             Room 2304A
                             Chicago, Illinois  60604
                             (312) 435-5815
```

1   THE CLERK: 17 C 417, Bolden versus City of
2   Chicago.
3   MR. BECKER: Good morning, Judge, George Becker on
4   behalf of Michael Kill.
5   MR. LITOFF: Your Honor, Eli Litcoff on behalf of
6   Eddie Bolden. Ron Safer who is lead counsel sends his
7   regrets. He had a previously-scheduled court appearance
8   today.
9   MR. SHPIGEL: Good morning, your Honor, Elan
10  Shpigel on behalf of the defendant City of Chicago.
11  THE COURT: Good morning. Wait just a minute. Let
12  me make a note about this other case. I wanted to put the
13  date down.
14  Well, as you know, you have got a motion that asks
15  for something more specific in connection with one of the
16  defendants who is named. They ask for a more definite
17  statement. And, you know, I took a look at the Complaint and
18  the Complaint, as sometimes happens collect, advertises the
19  whole group with a capital D defendant, capital O officers.
20  And that doesn't tell us much, if anything, about a
21  particular involvement of a named defendant.
22  And if you look through the thing, there is no
23  specific reference at all to anything that is ascribed to
24  Mr. Kill. And maybe I ought to ask on that score where
25  counsel got Mr. Kill's name for purposes of including him as

1   a defendant.  That may offer at least a preliminary clue,
2   although he is certainly entitled to the kinds of information
3   he wants.
4           MR. LITCOFF:  Certainly, your Honor.  We would be
5   happy to brief the issue if the Court would like.
6           THE COURT:  Well, before we brief it I think you
7   can give me a -- kind of a simple answer to a simple
8   question.
9           MR. LITCOFF:  Yes.  The simple answer is defendant
10  Kill is listed as an investigative officer and arresting
11  officer on several of the police reports in this case.  And I
12  would also point the Court to the case of Rivera versus Lake
13  County which is a similar wrongful conviction case from this
14  District where the defendant essentially made the same
15  complaint that the defendants are grouped together and they
16  are referred in a subgroup such as the defendant officers.
17          And the court in that case, Judge Leinenweber,
18  recognized that that is appropriate in cases like this.  It
19  is not surprising that a plaintiff might not be able to
20  attribute every wrongful act to a specific --
21          THE COURT:  Well, I understand that.  I am not sure
22  that -- I don't even cite my own cases because they are not
23  authority.  The Court of Appeals reminds us quite properly
24  that we district judges do not make precedent.  And so I
25  never cite those of my colleagues and, as I say, I don't even

1  cite my own. I don't bootstrap.
2          But the -- and I well recognize that the -- that we
3  deal with the concept of notice pleading rather than fact
4  pleading. But essentially what is being asked for is notice
5  pleading. And that is when you say that the records that you
6  were provided list him as an arresting officer, as the
7  arresting officer -- or is it one of a couple, what does it
8  show?
9          MR. LITCOFF: One of several, your Honor. And I
10 will also add that in this -- in this Circuit the case law
11 states that motions for a more definite statement are to cure
12 unintelligibility rather than lack of detail. Courts --
13         THE COURT: I know. You -- honestly you don't have
14 to educate me about that, you know.
15         MR. LITCOFF: Understood, your Honor.
16         THE COURT: I know that.
17         MR. LITCOFF: The only --
18         THE COURT: I think -- I think that the -- that the
19 real way to get at the -- I am certainly not going to cause
20 him to be dropped as a defendant given what you have told me.
21 It seems to me that some preliminary discovery ought to be
22 involved, and we can then take a hard look at it because I
23 can't find that there is less than objective good faith for
24 having named him as a defendant.
25         So I am going to enter and continue the motion for

1  more definite statement, let you go ahead with discovery and
2  something that is not going to be overly burdensome because
3  if it turns out that he is not implicated in the asserted
4  constitutional violations here, then his being dropped from
5  case would be an appropriate early step.  So I am -- that is
6  what I am simply going to do.
7      Now tell me, what is our situation in the case
8  overall, and I will get back to Mr. Kill.
9      MR. LITCOFF:  Certainly, your Honor.  The City as
10 well as four of the individual defendants have been served in
11 this case.  Mr. Becker is the only attorney to appear on
12 behalf of those individual defendants.  There are four
13 additional defendants that remain unserved.  We have an
14 investigator.  We are working on doing that.
15     The City has received an extension of time until
16 March 13th to respond to the Complaint.  And we have an
17 additional scheduling conference set for March 15th, and the
18 parties are to meet and confer two weeks prior to that, which
19 we intends to do.
20     MR. SHPIGEL:  Judge, if I may, I know they said
21 there is still four unserved defendants.  Defendant George
22 Carl is dead.  I don't know if they know that.  George Carl
23 died several years ago.
24     THE COURT:  Thank you.
25     I will tell you -- I will tell you will what

1   probably makes sense, and that is maybe seta a status into
2   mid-April or so, see how far down the road everybody has
3   progressed.  And meanwhile I am treating -- as I say, I am
4   not denying the motion, I am simply entering and continuing
5   it.
6          MR. SHPIGEL:  I understand, Judge.  I wanted to see
7   if we can get to the bottom of it.
8          THE COURT:  I understand.
9          MR. LITCOFF:  I called them before I filed the
10  motion.  He said he is named in the arrest report, and that
11  doesn't tell me a lot.
12         THE COURT:  Yeah, I know.  Okay.  I look again at
13  maybe the week of April 17th through the 21st.  And Monday
14  the 17th is out.  Actually the best dates would be either
15  Wednesday the 19th at 9:15 or Friday the 21st at 9:00
16  o'clock.  Are of those days good, bad or indifferent for you
17  people?
18         MR. BECKER:  Judge, either date works for Mr. Kill.
19         MR. SHPIGEL:  Yeah, either date is fine with me,
20  Judge.
21         THE COURT:  All right.  Suppose I give you then
22  Friday April 21st at 9:00 o'clock.
23         MR. SHPIGEL:  That is great.  Thank you, Judge.
24         THE COURT:  Thank you all.
25         MR. LITCOFF:  Thank you, your Honor.

1    THE COURT: Thank you.
2    (Which were all the proceedings heard.)
3                    CERTIFICATE
4    I certify that the foregoing is a correct transcript
5    from the record of proceedings in the above-entitled matter.
6
7    s/Rosemary Scarpelli/          Date:  March 20, 2017