UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE L. BOLDEN,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, et al.,<br><br>      Defendants. | No. 17 CV 417<br><br>Judge Manish S. Shah |

ORDER

      The City of Chicago's motion to bifurcate and stay plaintiff's *Monell* claim [152] is granted in part, denied in part. It is unlikely that an underlying constitutional violation will be established without liability against a named individual defendant, and therefore, it is likely that a compensatory damages remedy against the City (the only available relief for the *Monell* claim) will be duplicative or redundant. Any one successful claim against any one individual defendant is likely to achieve full compensation for the injuries alleged. On balance, then, the time and costs associated with the requested *Monell* discovery—targeting a city policy to condone police misconduct and close cases at all costs—is disproportionate to the needs of the case. At least for now. With due consideration to the potential societal benefit to litigating a municipality's liability for constitutional violations, I decline to bifurcate trial, and will revisit that question once the facts of the underlying torts are more developed.

      The parties shall complete the discovery necessary to establish (or defeat) the underlying constitutional violations, without regard to whether a policy to condone police misconduct existed and was the moving force behind those violations. Discovery may proceed on issues related to the narrow evidence-retention policies at issue with the 911 recordings and guns. Broader *Monell* discovery is stayed; but absent an agreement by the parties, depositions of witnesses relevant to both the underlying violations and the broader *Monell* claim should be conducted only once to avoid the costs of (and delays associated with scheduling) a second deposition.

ENTER:

                                                                       Manish S. Shah
                                                                 United States District Judge

Date:  February 15, 2018