**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDDIE L. BOLDEN,<br><br>                      Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, et al.,<br><br>                      Defendants. | Case No. 17-cv-00417<br><br><br><br>Honorable Manish S. Shah<br><br>Honorable Susan E. Cox |

**PLAINTIFF'S SUMMARY JUDGMENT EXHIBITS**

1. Trial Testimony of Frazier, Clifford
2. Trial Testimony of Michael Baker
3. General Progress Report of Michael Baker
4. Progress Report of Angelo Pesavento and George Karl
5. Trial Testimony of Garrick Harvey
6. Trial Testimony of Lee Williams
7. Medical Examiner Case Report
8. Report of Maurice Willis
9. Deposition of Michael Baker
10. Trial Testimony of Tenesha Gatson
11. Trial Testimony of Edna Williams
12. Affidavit of Vondell Goins
13. Deposition of Todd Henderson
14. Post-Conviction Hearing Testimony of Octavia Jackson
15. Deposition of James Williams
16. Deposition of Eddie Bolden
17. Deposition of Cynthia Steward
18. Deposition of Tenesha Gatson
19. Trial Testimony of Barbara Temple
20. Deposition of Angela Pesavento

21. Defendant City of Chicago's Answer to Plaintiff's Third Amended Complaint
22. General Offense Case Report of Barbara Temple
23. Deposition of Maurice Willis
24. Property Inventory
25. Arrest Report of Edna Williams
26. Arrest Report of David McCray
27. City of Chicago's Response to Plaintiff's First Set of Requests for Admission
28. Affidavit of Karen Dimond
29. Declaration of Donna M. Medrek
30. Deposition of Kevin Foster
31. Deposition of Lynda Peters
32. Investigative File
33. Report of Special Agent Dale Tipton
34. Affidavit of Dale Tipton
35. Deposition of Octavia Jackson
36. Deposition of Raphael Taylor
37. Composite Sketch
38. Photograph of Eddie Bolden on February 26, 1994
39. State's Attorney Notes
40. State's Attorney Notes
41. Detective Division Standard Operating Procedures
42. Motion for Discovery
43. State's Answer to Discovery
44. Trial Stipulation Regarding Maurice Willis
45. Property Inventory No. 1275322
46. Recovered Property Disposition Tracer
47. Deposition of Harlan Hansbrough
48. Laboratory Report of Richard Chenow
49. Trial Testimony of Richard Chenow
50. Supplementary Report of Jackson, Silas, and Robbins
51. Deposition of Nathan Silas

52. Deposition of Clifford Frazier
53. Deposition of Patrick Loftus
54. Deposition of James Oliver
55. Arrest Report of James Williams
56. Deposition of Edna Williams
57. Expert Report of William Gaut
58. Edna Williams Misdemeanor Complaints
59. David McCray Misdemeanor Complaints
60. James Williams Misdemeanor Complaint
61. Court Forms
62. Deposition of Michael Rowan
63. Progress Report of William Higgins and Michael Rowan
64. Trial Testimony of Charles Ingles
65. Deposition of Edward Siwek
66. Supplementary Report of Edward Siwek and George Karl
67. Area Two Interview Report
68. In Custody Report of Angelo Pesavento and George Karl
69. Deposition of Racquia LaNore
70. Deposition of Charles Ingles
71. Testimony of Charles Ingles at Hearing on Motion to Suppress
72. Testimony of Eddie Bolden at Hearing on Motion to Suppress
73. Chicago Police Department General Order 88-18: Lineup Procedures
74. Area Two Lineup Report
75. Testimony of Angelo Pesavento at Hearing on Motion to Suppress
76. Expert Report of Geoffrey Loftus
77. Pesavento's Responses to Plaintiff's First Set of Interrogatories
78. Siwek's Responses to Plaintiff's First Set of Interrogatories
79. Deposition of Thomas Sadler
80. CPD General Order 93-8, Addendum 7: Master Recording Tape Review Procedures
81. Public Defender Initial Appearance Form
82. Subpoena for 911 Tapes and Dispatch Records

83. Sample Dispatch Card
84. Letter from Thomas Sadler to Kevin Foster
85. Sample Request to Review/Hold Recording Tape Forms
86. Excerpt from Application for Authority to Dispose of Local Records
87. Arrest Report
88. Case Fact Sheet
89. Message from Clifford Frazier
90. Public Defender Investigation Requests
91. October 23, 1996 Trial Transcript (Colloquy)
92. Motion in Limine
93. Trial Testimony of George Karl
94. Trial Testimony of Angelo Pesavento
95. Rebuttal Trial Testimony of Angelo Pesavento
96. State's Summation
97. State's Rebuttal Summation
98. Grand Jury Testimony of Angelo Pesavento
99. State's Opening Statement
100. Deposition of James Hickey
101. Special Order 83-1
102. Special Order 83-2
103. Special Order 86-3
104. Opinion of the Appellate Court of Illinois
105. Order Vacating Conviction
106. Order Granting Certificate of Innocence
107. Affidavit of Tenesha Gatson
108. Bolden Motion for Pre-Trial Discovery
109. Property Inventory Sheet Nos. 1237068 and 1237069
110. Public Defender Reply to Investigation Request
111. Order (Destruction of 40-caliber gun)
112. Criminal Hearing Transcript - David McCray
113. Trial Testimony of Cynthia Steward

Dated: November 6, 2018

<u>Valarie Hays</u>
Ronald S. Safer
Valarie Hays
Eli J. Litoff
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
312-471-8700
rsafer@rshc-law.com
vhays@rshc-law.com
elitoff@rshc-law.com

Sandra L. Musumeci (*pro hac vice*)
Riley Safer Holmes & Cancila LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
212-660-1000
smusumeci@rshc-law.com

*Attorneys for Eddie L. Bolden*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Eli J. Litoff
Eli J. Litoff
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
312-471-8700
elitoff@rshc-law.com