# EXHIBIT A

```
                                                        1

 1   IN RE:   PEOPLE VS. EDWARD BOLDEN
 2                    GJ# 320
 3                    Arr. Date: April 13, 1994
 4                    94 CR 8397
 5
 6
 7            BEFORE THE GRAND JURY OF COOK COUNTY,
 8                    March, 1994
 9
10
11            Transcript of testimony taken in
12   the above-entitled matter on the 23rd day of
13   March, A.D. 1994.
14
     PRESENT:  Mr. Timothy Moran
15             Assistant State's Attorney
16   REPORTED BY:  Timothy D. Bennett
                   Certified Shorthand Reporter
17                 Illinois License No. 084-002628
18
19   LIST OF WITNESSES:                    PAGE NO.
20   Phil Pesavento                            2
21
22
23
24
```

BOLDEN00288

EB0000125

2

1       THE FOREPERSON:  Would you raise your right
2    hand, please?
3                    (Witness duly sworn.)
4       MR. MORAN:  My name is Timothy Moran,
5    Assistant State's Attorney, assigned to the
6    Homicide/Sex Unit on Grand Jury Number March 320.
7            We are seeking a True Bill of Indictment
8    against Eddie Bolden for the offenses of first
9    degree murder, attempt first degree murder,
10   aggravated battery with a firearm, armed violence,
11   aggravated battery, committed against Derrick
12   Frazier, Ledell Clayton and Clifford Frazier, on
13   or about January 29, 1994, at or near 6546 South
14   Minerva in Chicago, and 6415 South Cottage Grove
15   in Chicago.
16           The Grand Jury does have the right to
17   subpoena and question any person against whom the
18   State's Attorney is seeking a Bill of Indictment,
19   or any other person, and to obtain any documents
20   or transcripts relevant to the matter being
21   prosecuted by the State's Attorney.
22                  PHIL PESAVENTO,
23   having been first duly sworn, was examined and
24   testified as follows:

BOLDEN00289

EB0000126

6

1  Bolden, were fired from the same gun as shell
2  casings recovered at 6546 South Minerva, where
3  Derrick Frazier and Ledell Clayton were shot?
4      A.   Yes, sir, it did.
5      Q.   Detective, did your investigation reveal
6  that Clifford Frazier identified Eddie Bolden in a
7  lineup as the person he saw leaving the J & J Fish
8  House with Derrick Frazier and Ledell Clayton
9  shortly before they were found dead?
10     A.   Yes, sir, it did.
11     Q.   And did your investigation reveal that
12 Clifford Frazier identified Eddie Bolden in the
13 lineup as the person that he saw come back to the
14 vicinity of the J & J Fish House about 20 minutes
15 later. And that Eddie Bolden was the person that
16 then shot Clifford Frazier?
17     A.   Yes.
18     Q.   And, Detective, can you tell the Ladies
19 and Gentlemen of the Grand Jury how you acquired
20 your information in this matter?
21     A.   By interviewing Clifford Frazier.
22     Q.   And, Detective, did all the events you
23 testified to here today occur in the City of
24 Chicago, County of Cook, State of Illinois?

BOLDEN00293

EB0000130