# EXHIBIT C

```
                                          FILED
 1   STATE OF ILLINOIS  )              APR 16 2013
                        ) SS:
 2   COUNTY OF COOK     )              DOROTHY BROWN
                                  CLERK OF THE CIRCUIT COURT
                                       OF COOK COUNTY, IL
 3        IN THE CIRCUIT COURT OF COOK COUNTY
          COUNTY DEPARTMENT-CRIMINAL DIVISION

     THE PEOPLE OF THE      ) Case No. 94 8397
     STATE OF ILLINOIS      ) Charge:  Murder
             vs             ) Before:  JUDGE STUART
                            )          PALMER
     EDDIE BOLDEN           ) October 23, 1996

                        JURY TRIAL

     RECORD OF PROCEEDINGS had in the hearing of the

     above-entitled cause.

     APPEARANCES:

             HON. JACK O'MALLEY,
                 State's Attorney of Cook County, by
             MS. LYNDA PETERS and
             MS. NEERA WALSH,
                 Assistant State's Attorneys,
                 appeared on behalf of the People of
                 the State of Illinois;

             MS. RITA A. FRY,
                 Public Defender of Cook County, by
             MR. KEVIN FOSTER and
             MR. GEORGE GRZECA,
                 Assistant Public Defenders,
                 appeared on behalf of the Defendant.


     ROCHINA V. DeBARTOLO
     License No. 084-000824
     Official Court Reporter
     2650 S. California
     Chicago, Illinois 60608
```

1

EB0006580

1  your verdict.
2      The law applicable to this case will be
3  contained in instructions I gave you during the course
4  of the trial and it is your duty to follow all such
5  instructions.
6      At this time the lawyers for each side have
7  the opportunity of making opening statements, if they
8  wish. An opening statement is not evidence and,
9  should not be considered by you as evidence. It is a
10 statement by a lawyer as to what he or she expects the
11 evidence to show.
12     Is the State ready?
13 MS. PETERS: Yes, Judge.
14 THE COURT: You may proceed.
15 MS. PETERS: Thank you.
16
17                OPENING STATEMENT
18                By: Ms. Peters
19
20 MS. PETERS: On January 29th, 1994, Derrick Frazier
21 and Irving Ledell Clayton made a dramatic and fatal
22 error in judgment, an error that cost both of them
23 their lives and nearly cost the life of a third man as
24 well.

EB0006621

You see, back then Derrick and Irving were engaged in a very dangerous business. They were engaged in the business of selling cocaine. Not small packets like that sold on a street corner but large amounts, involving large amounts of money.

You're going to hear that it was that type of business transaction that lead them to meet up with the defendant, Edward Lanier Bolden.

You are going to hear from Clifford Frazier. Clifford Frazier is the older brother of Derrick Frazier. And through him you will have an eyewitness account of what happened on January 29th, 1994.

Clifford will tell you that back then Derrick and Irving were selling cocaine, that they kept the cocaine that they sold in Clifford's apartment, and on January 29th, 1994, both Derrick and Irving came over to Clifford's apartment to get two kilos of cocaine.

They loaded those kilos up in a car and then each man drove a separate car over to where they were going to conduct a drugs transaction.

You're going to hear that Derrick drove a car, that Clifford drove a car, and that Irving drove a car. And in Irving's car was the two kilos of cocaine.

EB0006622

1    And you will hear that Clifford Frazier
2 brought along with him two guns -- in case -- for
3 protection -- those guns being a .40 caliber handgun
4 and a Mack 11, which is a nine millimeter handgun.
5    You will hear that they went off to the area
6 of 64th and Cottage Grove, in particular to a store
7 called the J&J Fisheries.
8    When they went there they went there to meet
9 somebody. His name is Anthony Williams. Goes by the
10 nickname Ant.
11    Derrick, Irving, and Clifford all walked into
12 the J&J Fish Store and started talking to Ant. Now
13 Clifford had the .40 caliber gun in his pocket with
14 him. Because it was obvious that he had a gun he was
15 told to get out of the J&J Fish Store while the
16 conversation was going on.
17    When he went outside he ended up going across
18 the street, Cottage Grove Street. And directly across
19 the street is the Harold's Chicken Shack.
20    He sat on a stool, looked through the front
21 glass window of the Chicken Shack across the street,
22 and in the distance he could see through the front
23 glass window of the J&J Fishery Store. He saw his
24 brother, Derrick, he saw Irving, and he saw Anthony

EB0006623

Williams, and the three of them were talking.

A few minutes later Derrick and Irving came out of the J&J Fish Store and when they did they were followed by somebody, somebody that Clifford Frazier had never seen before. But as they got closer to the Harold's Chicken Shack, as they got closer so that Derrick and Irving could tell Clifford very briefly where it was that they were going Clifford Frazier saw the person that they were with. He saw the face of this man, Eddie Lanier Bolden. He saw Derrick, his brother. He saw Irving, his friend -- a friend so close that he referred to him as cousin. And he saw the defendant, Eddie Bolden. All three get into a car.

They drove around a short distance away to count some money. When he saw them get in the car Irving was driving, Derrick was in the front passenger seat, and Eddie Bolden got in the back seat on the passenger side.

That was the last that Clifford Frazier saw of either his brother or Irving alive.

What Clifford did next was he just waited for them to come back. He was nervous. He was anxious. He will tell you that he sat inside his car that was

1  parked in a vacant lot right next to the Harold's
2  Chicken Store, just across the street from the J&J
3  Fish Store, and he waited for the men to come back.
4  　　　　While he was waiting another car pulled into
5  the lot next to him.  That made him even more nervous.
6  So he got out of his own car, popped up the hood, and
7  pretended to fidget with the engine to get a better
8  view of what was going on.
9  　　　　And that's when this man, Eddie Bolden, came
10 back.  He snuck up along the side of the Harold's
11 Chicken Shack and he ran up on Clifford Frazier and he
12 started shooting a gun at him.
13 　　　　Clifford will tell you how he ran for his
14 life.  He ran along the side of his own car and around
15 the back end of it and out onto Cottage Grove Street.
16 　　　　As he was running the shots were breaking out
17 -- shots that Eddie Bolden was firing at him.  And
18 you'll see the bullet holes along the side of his car
19 that show you the path that he ran in saving his own
20 life.
21 　　　　When Clifford Frazier was fired at he was in
22 fact shot.  He was shot in the middle of his back
23 causing him to fall down to the ground.  And while he
24 was on the ground he pulled out that gun that he had

46

1  in his pocket and he started shooting back at Eddie
2  Bolden. He shot until his gun was empty. He didn't
3  hit anything but he kept firing.
4  When he was done shooting Eddie Bolden kept
5  shooting over and over at Clifford Frazier. He was
6  struck a second time in the leg and Eddie Bolden ran
7  up right on him.
8  Clifford Frazier was able to get up and run
9  across the street and ended up right in front of that
10 J&J Fish Store again. And when that happened he and
11 Eddie Bolden engaged in a hand to hand battle back and
12 forth. Eddie Bolden started hitting him over the top
13 of the head with the butt of a gun causing injuries to
14 the top of his head.
15 But it was a busy street. It's Cottage
16 Grove. It was 8:00 o'clock at night. Cars go by.
17 People live in the neighborhood. Eddie Bolden ended
18 up running away. And when he run away he took his gun
19 with him.
20 Clifford took the gun that he had, that .40
21 caliber, picked it up and ran inside the J&J Fish
22 Store and the police were called.
23 You're going to hear during the course of
24 this trial about the extraordinary police work that

EB0006626

1  was done in this case because when the police showed
2  up at the J&J Fish Store that wasn't the only place
3  they went. They went a few blocks away to 65th and
4  Minerva, and there they found the car, and in it they
5  found the bodies of Irving Clayton and Derrick
6  Frazier.
7      You're going to hear from a man by the name
8  of Lee Williams. Mr. Williams lives on the block of
9  Minerva and in fact on the second floor of a house.
10 It was directly in front of his house that that car
11 was.
12     Mr. Williams will tell you about how he heard
13 a sharp sound and it caused him to look outside --
14 sounded like gunfire. When he looked out his window
15 he saw a car. He saw Derrick and Irving's car. And
16 at the time that he looked out the window he saw
17 someone in the back seat on the passenger side. He
18 saw someone on the front side on the passenger side
19 because that was the side of the car closest to him.
20 He saw that the car engine was running so he didn't
21 think anything of it.
22     A few minutes later after he had turned away
23 from the window his mother downstairs buzzed him, and
24 when he looked back outside the window at that point

EB0006627

1   being pulled out of it.
2           You're going to hear that the police work
3   continued, that the police in early February of 1994
4   began looking for Eddie Lanier Bolden. And on
5   February 25th, 1994, Eddie Bolden came down to the
6   police station, Area 2 Violent Crimes, at 111 and he
7   Ellis Streets in Chicago.
8           You're going to hear that when he came down
9   that day that a lineup was held and Clifford Frazier
10  was asked to come in and look at that lineup, which he
11  did.
12          Clifford Frazier will tell you how when he
13  looked at that lineup, when he saw the face of Eddie
14  Lanier Bolden in that lineup he identified him to the
15  police -- "That's the man that shot me. That's the
16  man that left in the car with my brother and my cousin
17  before they were killed."
18          Ladies and gentlemen, Eddie Bolden is charged
19  with four crimes here. He is charged in Count 1 with
20  First Degree Murder of Derrick Frazier.
21          He is charged in Count 2 with First Degree
22  Murder of Irving Ledell Clayton.
23          He is charged in Count 3 with attempt murder
24  of Clifford Frazier.

51