UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE L. BOLDEN, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CITY OF CHICAGO, JAMES OLIVER, ) <br> ANGELO PESAVENTO, and EDWARD SIWEK ) <br> ) <br>       Defendants. ) | No. 17 C 00417 <br><br> Honorable Steven Seeger |

**DEFENDANT OFFICERS' MOTION *IN LIMINE* NO. 6 TO BAR REFERENCE TO THE ARRESTS OF EDNA WILLIAMS, JAMES WILLIAMS AND DAVID MCCRAY**

Defendants James Oliver, Angelo Pesavento, Edward Siwek, the Estate of George Karl, and the Estate of Michael Kill (collectively "Defendant Officers"), by and through their attorneys, hereby move this Court, *in limine*, for an order barring evidence regarding the January 29, 1994 arrests of, and misdemeanor complaints filed against, Edna Williams, James Williams and David McCray. In support of their motion, Defendant Officers state:

1. The crux of Plaintiff's remaining claims in this case is that Defendant Officers used unduly suggestive procedures in conducting the lineup at which he was identified as the shooter in the underlying criminal case by the only surviving victim. Plaintiff asserts this allegation through various legal theories, bringing section 1983 due process and pre-trial detention without probable cause claims as well as malicious prosecution and intentional infliction of emotional distress claims.

2. Edna and James Williams were the owners of J&J Fish and were present when Clifford Frazier sought cover there after Plaintiff shot him on January 29, 1994. David McCray arrived the restaurant sometime after the shooting had occurred. Each was arrested when a search

of the restaurant uncovered a cache of ammunition in the front office and a gun hidden under an icy machine.

3. There is no evidence that any of the Defendant Officers participated in their arrests.

4. Moreover, neither Edna Williams or James Williams or David McCray participated in the lineup or otherwise identified Plaintiff as the shooter nor did they make any incriminating statements, or testify, against Plaintiff.

5. In addition, Plaintiff has not alleged nor adduced evidence that any of these individuals were coerced or pressured into giving evidence against Plaintiff. Indeed, Edna Williams testified as an alibi witness on behalf of Plaintiff.

6. Finally, Plaintiff had knowledge of their arrests and the complaints filed against them and Edna Williams testified to such at his criminal trial.

7. In short, the arrest and filing of misdemeanor complaints against Edna Williams, James Williams and David McCray has no relevance to Plaintiff's claims here and any testimony or documentary evidence relating to the arrests or complaints should be barred.

8. Moreover, such evidence is highly prejudicial, hearsay, irrelevant, and any probative value it may have is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and is misleading the jury. Fed. R. Evid. 402 and 403. Any information or allegation that the Defendant Officers arrested other individuals on the night of the murders is an effort to inject "bad acts" evidence or "propensity evidence." Propensity evidence is inadmissible under Fed. R. Evid. 404(b) to prove that a party acted on the occasion in question consistent with their alleged bad character. *See Huddleston v. U.S.*, 485 U.S. 681, 685 (1988); *U.S. v. Shriver*, 842 F.2d 968, 974 (7th Cir. 1988).

Wherefore, for all of the foregoing reasons, Defendant Officers respectfully request that the Court issue an order barring any testimony or documentary evidence, including Plaintiff's trial exhibits 15-17 and 36-38, relating to the arrests or complaints.

                                                      Respectfully submitted,

                                                      DEFENDANT OFFICERS

                         BY:    /s/ Andrew M. Hale

Andrew M. Hale (ahale@ahlaelaw.com)
William E. Bazarek (wbazarek@ahalelaw.com)
Brian J. Stefanich (bstefanich@ahalelaw.com)
Hale & Monico LLC
53 West Jackson Blvd., Suite 330
(312) 870-6926

**CERTIFICATE OF SERVICE**

      I, Brian J. Stefanich, an attorney hereby certify that I filed the attached document on October 9, 2019, with the Court's CM/ECF system, which sent electronic copies of the same to all counsel of record.

                                                                  /s/ *Brian J. Stefanich*