IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REPLY IN SUPPORT OF
MOTION *IN LIMINE* NO. 3 TO BAR REFERENCE TO STATE APPELLATE COURT
DECISIONS AND TRIAL COURT'S WITNESS CREDIBILITY DETERMINATIONS**

Plaintiff Eddie L. Bolden, by his undersigned counsel, respectfully submits this Reply in Support of Plaintiff's Motion *in Limine* No. 3 to Bar Reference to State Appellate Court Decisions and Trial Court's Witness Credibility Determinations (Dkt. 296) ("Mot.").

Plaintiff's Motion asks this Court to bar reference to the Illinois appellate court decisions affirming his conviction on direct appeal, as well as the trial court's comments during Plaintiff's post-conviction evidentiary hearing regarding the credibility of Octavia Jackson and Vondell Goins. *See* Mot. at 1-3. Defendant Officers ("Defendants") concede that these rulings and factual findings are not admissible. *See* Defendants' Response to Plaintiff's Motion *in Limine* No. 3 ("Resp.") at 1-2.

Defendants go one step further. They contend that Plaintiff's Certificate of Innocence is inadmissible. The Certificate of Innocence is different. On the question of liability, Plaintiff must prove that his criminal proceedings were "terminated in his favor" to prevail on his malicious prosecution claim. As several courts in this District have held, the Certificate of Innocence is relevant to this element because "to obtain it, [Plaintiff] had to prove his innocence by a preponderance of the evidence." *See Walker v. White*, No. 16 CV 7024, 2017 WL 2653078, at *5

1

(N.D. Ill. June 20, 2017); *see also Harris v. City of Chicago*, No. 14 C 4391, 2018 WL 2183992, at *3 (N.D. Ill. May 11, 2019) (quoting Dkt. 313 at 3-4); *Patterson v. Dorrough*, No. 10 C 1491, 2012 WL 5381328, at *5 (N.D. Ill. Oct. 31, 2012); *Logan v. Burge*, No. 09-cv-05471 (N.D. Ill. Oct. 19, 2012) (Dkt. 423 at 1). The Certificate of Innocence is also highly relevant to Plaintiff's damages. *See Parish v. City of Elkhart*, 702 F.3d 997, 1003 (7th Cir. 2012); *see also Kluppelberg*, 84 F. Supp. 3d 741, 746 (N.D. Ill. 2015); *Harris*, 2018 WL 2183992, at *3. These issues are addressed directly in the briefing of Defendants' Motion *in Limine* No. 8 (Dkts. 315, 339).

Defendants do not dispute that the state court rulings and factual findings actually at issue in Plaintiff's Motion *in Limine* No. 3 are inadmissible. This Court, therefore, should enter an Order barring reference to those decisions.

Dated: November 22, 2019

Respectfully Submitted,

/s/ *Valarie Hays*
Ronald S. Safer
Valarie Hays
Eli J. Litoff
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
rsafer@rshc-law.com
vhays@rshc-law.com
elitoff@rshc-law.com

Sandra L. Musumeci (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
(212) 660-1000
smusumeci@rshc-law.com

*Attorneys for Eddie L. Bolden*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

<i>/s/ Valarie Hays</i><br>
Valarie Hays