# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eddie L. Bolden
                          Plaintiff,

v.                                                     Case No.: 1:17−cv−00417
                                                              Honorable Steven C. Seeger

City of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2020:

      MINUTE entry before the Honorable Steven C. Seeger:The motions in limine filed by Plaintiff (Dckt. Nos. [277], [295] − [307]) and the motions in limine filed by Defendants (Dckt. Nos. [308] − [319]) are hereby denied without prejudice for administrative purposes only in light of the rescheduled trial date and the suspension of trials in this district. When the time comes, the Court will set another date for the parties to refile their motions in limine. The Court will permit the parties to refile the motions in a one−page submission, so that the parties do not need to incur the burden and expense of refiling the motions, responses, and replies. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.