### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-00417 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, JAMES OLIVER, ANGELO PESAVENTO, and EDWARD SIWEK | ) ) ) | Honorable Steven Seeger |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### Pre-Trial Order
### Defendants' Proposed Exhibit List

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 1. | Photo array shown to Clifford Frazier | CCSAO 2962-2972; EB 0018919 | Subject to ruling on Plaintiff's MIL No. 1, Plaintiff's photo needs to be redacted so it doesn't look like a mug shot | Agree subject to MIL ruling |
| 2. | Bolden State ID, 4/1/93 | EB 0001181 | No objection | |
| Group 3. | Photographs of lineup | CCSAO 2190, 2936, 2755, 2959-61, EB 0001182-84, 1186 | Objection to 2936 and 2955 (plaintiff believes 2755 is a typo and the defense is referring to 2955). These are not lineup photos; they are photos of the victims. Rules 401, 403; subject of Plaintiff's MIL No. 10. | Agree that 2936 and 2955 should not be in this group and are subject to MIL ruling |
| 4. | INTENTIONALLY LEFT BLANK | | | |
| 5. | Bolden IDOC ID Photo, 2/27/94 | IDOC 000863 | No objection | |
| 6. | Bolden IDOC Photo, 12/16/96 | IDOC 000866 | No objection | |
| | Bolden Statesville Photo | EB 2643 | Subject to ruling on Plaintiff's MIL No. 2, reference to "GD with pitchfork heart wings" needs to be redacted. | Agree subject to MIL ruling |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| Group 7. | Life and death photos | CCSAO 900, EB 0018888, CCSAO 2191-92, 2823-24, 2839, PD 656-659 | Rules 401 and 403; subject of Plaintiff's MIL No. 10. | Photos corroborate Defense version of facts; relevant to damages |
| 8. | Temple/Sumter Original Case Incident Report for ID only | CCSAO 1794-1797 | No objection to marking for identification[1] | |
| 9. | Higgins/Rowan Supp Report for ID only | Chi.Bolden 13402-03 | No objection to marking for identification | |
| 10. | Pesavento/Siwek/Karl GPR for ID only | CCSAO 1634 | No objection to marking for identification | |
| 11. | INTENTIONALLY LEFT BLANK | | | |
| 12. | INTENTIONALLY LEFT BLANK | | | |
| 13. | INTENTIONALLY LEFT BLANK | | | |
| 14. | Lazar Supp Report for ID only | Chi.Bolden 13413-14 | No objection to marking for identification | |
| 15. | Pesavento/Karl Supp Report for ID only | Chi.Bolden 13418-23 | No objection to marking for identification | |
| 16. | INTENTIONALLY LEFT BLANK | | | |
| 17. | Cornelison Supp Report for ID only | Chi.Bolden 13443 | Incomplete, should include page 13442. | Agree |
| 18. | INTENTIONALLY LEFT BLANK | | | |
| 19. | Karl/Pesavento/Siwek GPR, 2/1/94 for ID only | Chi.Bolden 13463 | No objection to marking for identification | |
| 20. | Karl/Pesavento/Siwek/Baker GPR for ID only (IR) | Chi.Bolden 13468 | No objection to marking for identification | |
| 21. | Jachna Crime Scene Processing Report for ID only | Chi.Bolden 13491 | No objection to marking for identification | |
| 22. | INTENTIONALLY LEFT BLANK | | | |

---

[1] For exhibits which the defense has indicated it intends to mark for identification only, Plaintiff expressly reserves the right to object to admissibility should the defense seek to admit the exhibits at trial.

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 23. | INTENTIONALLY LEFT BLANK | | | |
| 24. | INTENTIONALLY LEFT BLANK | | | |
| 25. | INTENTIONALLY LEFT BLANK | | | |
| 26. | Siwek Report Bolden on Parole for ID only | CCSAO 2099 | Subject to Plaintiff's MIL No. 1. | Agree subject to MIL ruling |
| 27. | 3/18/94 Court Order in *People v. McCray* | CCSAO 896 | Hearsay | Public/Business record, course of investigation, rebuts Plaintiff's assertion |
| 28. | 3/18/94 Transcript in *People v. McCray* | Chi.Bolden 13391-94 | Hearsay | Public/Business record, course of investigation, rebuts Plaintiff's assertion |
| 29. | Derrick Frazier Postmortem Report | CCME 24-36 | Hearsay, 401, 403 | Public/Business record, course of investigation, corroborates Defense version of facts; relevant to damages, Plaintiff opened door with Siwek testimony |
| 30. | Ladell Clayton Postmortem Report | CCME 37-50 | Hearsay, 401, 403 | Public/Business record, course of investigation, corroborates Defense version of facts; relevant to damages, Plaintiff opened door with Siwek testimony |
| Group 31. | Crime Scene Photos | CCSAO 2934-35, 2937-38, 2943-54, 2956-58, EB 0001187-1216 | Object to CCSAO 2935, 2937, EB 1198, 1199, and 1200: Rules 401, 403, and the reasons set forth in Plaintiff's MIL No. 10. | Rebuts Plaintiff's assertion regarding no physical evidence, relevant to damages |
| Group 32. | INTENTIONALLY LEFT BLANK | | | |

3

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 33. | Photo of Anthony Williams | EB 00002728 | Rules 401 and 403 | Relevant to Steward, Frazier, Tipton |
| 34. | Bolden 10/31/11 Letter to Walls | CCSAO 2997 | Rules 401 and 403 | Admission of Party, relevant to damages |
| 35. | Bolden 9/7/08 Letter to Peters | CCSAO 3000-02 | Rules 401 and 403; reference to Boyd case is subject to Plaintiff's MIL No. 1. | Admission of Party, relevant to damages |
| 36. | Bolden Letter to Foster, 12/12/96 | EB 0019130 | Rules 401 and 403 | Admission of Party, relevant to credibility, relevant to damages |
| 37. | Safer letter to Valentini, dated 2/22/16 for ID only | CCSAO 4333-34 | Hearsay, 401, 403 | Effect on listener, Relevant to mal pros, COI |
| 38. | Steward Letter to Bolden, 10/31/96 for ID only | CCSAO 6888 | No objection to marking for identification | |
| 39. | Bolden Letters to Steward, 11/12/97 | EB 00002761-2773 | Subject to ruling on Plaintiff's MIL No. 1, reference to prior conviction should be redacted | Agree subject to MIL ruling |
| 40. | Clifford's Victim Impact Statement | CCSAO 6893-94 | Hearsay, 401, 403 | Relevant to damages |
| 41. | Anthony Williams Arrest Report, 9/3/85 for ID only | Chi.Bolden 011655 | Rules 401 and 403 | Relevant to Probable Cause |
| 42. | Anthony Williams Arrest Report, 4/17/87 for ID only | Chi. Bolden 011656 | Rules 401 and 403 | Relevant to Probable Cause |
| 43. | Anthony Williams Arrest Report, 1/30/92 for ID only | Chi. Bolden 011665 | Rules 401 and 403 | Relevant to Probable Cause |
| 44. | Anthony Williams Arrest Report, 10/26/91 for ID only | Chi.Bolden 011664 | Rules 401 and 403 | Relevant to Probable Cause |
| 45. | Anthony Williams Arrest Report, 8/11/91 for ID only | Chi.Bolden 011663 | Rules 401 and 403 | Relevant to Probable Cause |
| 46. | In the Matter of Charles Ingles, M.R. 10402 | DEF Ofc 124-27 | Hearsay, 401, 403, not admissible under Rule 608, and other reasons set forth in Plaintiff's MIL No. 12. | Public/Business Record, impeachment, Agree subject to MIL ruling |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 47. | Bolden Visitor List at Logan ID'ing Ant | CCSAO 1386 | Rules 401 and 403; also subject to Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Relevant to relationship between Bolden and Williams family, credibility, bias |
| 48. | Bolden's Parole agreement | CCSAO 1200-01 | Rules 401 and 403; also subject to Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Agree subject to MIL ruling |
| 49. | Release Interview Form | EB 0016576 | Rules 401 and 403; also subject to Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Agree subject to MIL ruling |
| 50. | Arrest Report of Plaintiff, 9/9/85 | CCSAO 1985-0065 | Subject to Plaintiff's MIL No. 1. | Agree subject to MIL ruling |
| 51. | Statement of Bolden in re: Matter of Laferre Boyd | Def Ofc 860-69 | Subject to Plaintiff's MIL No. 1. | Agree subject to MIL ruling |
| 52. | Certified Statement of Conviction in Boyd case | Self-authenticating | Subject to Plaintiff's MIL No. 1. | Agree subject to MIL ruling |
| Group 53. | INTENTIONALLY LEFT BLANK | | | |
| 54. | Joliet Reception and Classification Unit Summary Report, 12/6/96 | IDOC 001053 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2 | Public/Business record, damages |
| 55. | Vote Sheet, 5/14/01 | IDOC 1209-10 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2 | Admission of Party Opponent, Business record |
| 56. | Bolden Disciplinary Report, 5/16/97 | IDOC 001100 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2 | Public/Business record, damages |
| 57. | Bolden Phone Call, 10/22/13 | DEF IDOC 44 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 58. | Bolden IDOC Call to Susan Carlson, 10/6/11 | Def IDOC 568 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 59. | Bolden Phone Call, 11/29/11 | DEF IDOC 587 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 60. | Bolden Phone Call, 2/10/12 | DEF IDOC 622 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 61. | Bolden Phone Call, 2/20/12 | DEF IDOC 624 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 62. | Bolden Phone Call, 3/5/12 | DEF IDOC 629 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 63. | Bolden Phone Call, 5/7/12 and transcript of recording | DEF IDOC 659 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 64. | Bolden Phone Call, 8/21/12 | DEF IDOC 689 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use | Admission of Party Opponent, credibility, damages |
| 65. | INTENTIONALLY LEFT BLANK | | | |
| 66. | Plaintiff's Response to Requests to Admit | No Bates stamp | No objection | |
| 67. | ROP 2/15/95, MTS, Ingles for ID only | EB 0000001-19 | No objection to marking for identification | |
| 68. | ROP 2/23/95, MTS for ID only | EB 0000076-111 | No objection to marking for identification | |
| 69. | ROP 3/20/95, MTS Arg and ruling for ID only | EB 0000113-19 | No objection to marking for identification | |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 70. | INTENTIONALLY LEFT BLANK | | | |
| 71. | INTENTIONALLY LEFT BLANK | | | |
| 72. | INTENTIONALLY LEFT BLANK | | | |
| 73. | INTENTIONALLY LEFT BLANK | | | |
| Group 74. | Verdict Forms from Criminal Trial, 10/30/96 | EB 0009103, 9105 | Hearsay, 401, 403 | Public/Business record, self-authenticating, relevant to claims |
| Group 75. | Photos of the area of 6546 S. Minerva and 64th and Cottage Grove (demonstratives) | | Defense must produce copy | |
| Group 76. | INTENTIONALLY LEFT BLANK | | | |
| 77. | Black Ski Mask (demonstrative) | | Rules 401 and 403 | Relevant to Bolden's testimony |
| 78. | Black Skull Cap (demonstrative) | | Rules 401 and 403 | Relevant to Bolden's testimony |
| 79. | Ingles Drawing of Area 2 (demonstrative) | Ex. 2 of Ingles Deposition | No objection if he testifies | |
| 80. | Drawing of J&J Fish, 4/10/18 (demonstrative) | Ex. 1 of Edna Williams Deposition | No objection if she testifies | |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 81. | Drawing of J&J Fish, 5/4/18 (demonstrative) | Ex. 1 of Octavia Jackson's Deposition | No objection if she testifies | |
| 82. | Drawing of J&J Fish, 5/23/18 | Ex. 1 of Vondell Goins' Deposition | No objection if she testifies | |
| Group 83. | Subpoena to William Carlson with Rider, 1/19/18, March 30, 2018 Response, June 8, 2018 Correspondence from Stefanich (Redacted), June 17, 2018 Correspondence from Hays (Redacted) | | Hearsay, 401, 403. Defense also needs to identify proposed redactions. | Marked for ID only |
| 84. | INTENTIONALLY LEFT BLANK | | | |
| 85. | FBI Documents | EBFBI 1-53, EB0017547-18004 | No objection to EB-FBI000002-000047. Objection to the remainder: Hearsay, 401, 403, 602, 901. | CPD reports are for ID only, Defs. will lay foundation |
| 85a | FBI Documents | EB0017572, 17578-17584, 17591-17595, 17691-17696, EB-FBI000001-000003, 000048 | No objection to EB-FBI000002-000003. Objection to the remainder: Hearsay, 401, 403, 602, 901. Portions of EB-FBI000001 are also the subject of Plaintiff's MIL No. 1. | CPD reports are for ID only, Defs. will lay foundation |
| 86. | INTENTIONALLY LEFT BLANK | | | |
| 87. | Bolden's Post Conviction Briefs | | Defense needs to identify specific briefs by bates number. | |
| 88. | Property Inventories for Derrick Frazier and Ledell Clayton | PD 683, 693 | Hearsay | Course of investigation, rebuts plaintiff's claims |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 89. | Kevin Foster's Notes | CCSAO 4406-4446, 4776, 4791, 4792, 4795, 4810, 5117, 5119-25, 5127-5131, 5135, 5138-39, 5144, 5146-47, 5152, EB 1285 | Hearsay | Marked for ID only with the exception of admissions by party opponent; past recollection recorded |
| 90. | Various Composite Sketches (demonstrative) | No Bates stamp | Defense needs to produce | |
| 91. | INTENTIONALLY LEFT BLANK | | | |
| 92. | GSR Reports by Berk for ID only | EB 364 | No objection to marking for identification | |
| 93. | GSR Tests request by Karl for ID only | EB 1584 | No objection to marking for identification | |
| 94. | INTENTIONALLY LEFT BLANK | | | |
| 95. | Roderick Stewart Mug Shots | EB 2677-2678 | Foundation/authenticity as to Stewart photo (602 and 901). | Defs. will lay foundation |
| 96. | Fingerprint Request Report by Karl for ID only | EBPD 404 | No objection to marking for identification | |
| 97. | INTENTIONALLY LEFT BLANK | | | |
| 98. | Vondell Goins Affidavit for and Handwritten Statements ID only | CCSAO 4398-4400, EB 2897-2898, EB 17171-17172 | No objection to marking for identification | |
| 99. | Octavia Jackson Affidavit for ID only | CCSAO-4402 | No objection to marking for identification, but should include 4401 | |
| 100. | Tenesha Gatson Affidavit for ID only | EB 14051-52 | No objection to marking for identification | |
| 101. | Bolden Affidavit | EB 561-562 | No objection | |
| 102. | Henderson Affidavit for ID only | EB 2889-2891 | No objection to marking for identification | |
| 103. | Bolden's Chasing Justice | EB2454-2531 | Subject of Plaintiff's MIL No. 11. | Agree subject to MIL ruling |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| 104. | Anderson Letter to Kay Goins for ID only | EB 773-775 | No objection to marking for identification | |
| 105. | Sheehan Letter to V. Goins for ID only | EB 2617 | No objection to marking for identification | |
| 106. | Carlson Letter to Wade for ID only | EB 2636 | No objection to marking for identification | |
| 107. | Carlson Letter to Jacksons for ID only | EB 2637 | No objection to marking for identification | |
| 108. | Lee Letter to Carlson for ID only | EB 2638 | No objection to marking for identification | |
| 109. | Cronin Letter to Carlson re: sketch for ID only | EB 2674-76 | No objection to marking for identification | |
| 110. | Carlson Letter to Gatson for ID only | EB 2758 | No objection to marking for identification | |
| 111. | INTENTIONALLY LEFT BLANK | | | |
| 112. | Photo of Bolden 1985 | EB 18919 | Plaintiff notes that the exhibit identified is a photo of Plaintiff, not Brenda Lee. Subject to ruling on Plaintiff's MIL No. 1, Plaintiff's photo needs to be redacted so it doesn't look like a mug shot | Changed description to photo of Bolden |
| 113. | Plaintiff's Objections & Responses to Defendant Michael Baker's First Set of Interrogatories | No Bates stamp | Objection only to the extent that the defense intends to use a response that was later amended or supplemented. | |
| 114. | Plaintiff's Supplemental Response to Defendant Baker's 1st Set of Interrogatories | No Bates stamp | Objection only to the extent that the defense intends to use a response that was later amended or supplemented. | |
| 115. | Plaintiff's 2nd Supplemental Objection and Response to Defendant Baker's 1st Set of Interrogatories | No Bates stamp | No objection | |

| Exhibit No. | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|
| Group 116. | IDOC Phone Calls from IDOC Intelligence Center | DEF 000002-000723 | Defense needs to identify which of these 700-plus calls, and which portions thereof, it intends to introduce. The majority of calls are objectionable under 401 and 403. | |

                                                    Respectfully submitted,

                                                    /s/ *Brian J. Stefanich*
                                                    One of the Attorneys for Defendants,
                                                    *Oliver, Pesavento, and Siwek*

Andrew M. Hale
Brian J. Stefanich
William E. Bazarek
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
Ph. (312) 341-9646
Fax (312) 341-9656

11