IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION IN *LIMINE* TO BAR TESTIMONY OF DALE TIPTON**

Defendants James Oliver, Angelo Pesavento, Edward J. Siwek, as special representative to the Estate of Edward Siwek, and the Estate of George Karl ("Defendant Officers"), by and through their undersigned counsel, hereby move to withdraw their Motion in *Limine* to Bar the Testimony of Dale Tipton (dkt. #318). In support thereof, the Defendant Officers state as follows:

1. On October 19, 2019, Defendant Officers filed a Motion in *Limine* to Bar the Testimony of Dale Tipton. (Dkt. # 318).

2. Plaintiff subsequently filed his response in opposition to the motion. (Dkt. # 331).

3. On November 22, 2019, Defendant Officers filed their reply in support of their Motion in *Limine*. (Dkt. # 374).

4. The Defendant Officers now seek to withdraw their opposition to Mr. Tipton being called as a witness at trial. Defendant Officers intend to call Mr. Tipton as a witness.

WHEREFORE, the Defendant Officers respectfully move to withdraw their Motion in *Limine* to Bar the testimony of Dale Tipton.

Respectfully submitted,

/s/ *Brian J. Stefanich*
Special Assistant Corporation Counsel
*Attorney for Defendant Officers*

Andrew M. Hale
Barrett Boudreaux
William Bazarek
Amy A. Hijjawi
Brian J. Stefanich
Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, IL 60604

**CERTIFICATE OF SERVICE**

    I, Brian Stefanich, hereby certify that on September 15, 2021, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

    /s/ *Brian Stefanich*