IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED [PROPOSED] FINAL PRETRIAL ORDER

The Parties jointly submit the following new or revised components of the Proposed Final Pretrial Order:

| Exhibit No. | Description |
|---|---|
| 1. | Revised Proposed Voir Dire Questions to be Asked Orally |
| 2. | Revised Witness List |
| 3. | Revised Deposition Designations, Objections, and Counter-Designations |
| 4. | Agreed List of Exhibits that Can Come into Evidence |
| 5. | Revised Joint Trial Exhibit List |
| 6. | Revised Plaintiff's Trial Exhibit List |
| 7. | Revised Defendants' Trial Exhibit List |
| 8. | Proposed Preliminary Jury Instructions |
| 9. | Revised Parties' Proposed Agreed Jury Instructions |
| 10. | Revised Plaintiff's Proposed Jury Instructions (with Defendants' objections) |
| 11. | Revised Defendants' Proposed Jury Instructions (with Plaintiff's objections) |
| 12. | Revised Proposed Verdict Form |

| | |
|---|---|
| Dated: October 4, 2021 | Respectfully Submitted, |
| */s/ Brian Stefanich (with permission)* <br> Andy Hale <br> Amy Hijjawei <br> Barrett Boudreaux <br> William E. Bazarek <br> Brian Stefanich <br> HALE & MONICO <br> 53 W. Jackson Boulevard, Suite 330 <br> Chicago, Illinois 60604 <br> (312) 341-9646 <br> andy@halemonico.com <br> ahijjawi@halemonico.com <br> bboudreaux@halemonico.com <br> web@halemonico.com <br> bstefanich@halemonico.com <br><br> *Attorneys for Defendants Angelo Pesavento, James Oliver, Estate of George Karl, and Estate of Edward Siwek* | */s/ Ronald S. Safer* <br> Ronald S. Safer <br> Matthew Crowl <br> Eli J. Litoff <br> Valerie Brummel <br> RILEY SAFER HOLMES & CANCILA LLP <br> 70 W. Madison Street, Suite 2900 <br> Chicago, Illinois 60602 <br> (312) 471-8700 <br> rsafer@rshc-law.com <br> mcrowl@rshc-law.com <br> elitoff@rshc-law.com <br> vbrummel@rshc-law.com <br><br> Sandra L. Musumeci (*pro hac vice*) <br> RILEY SAFER HOLMES & CANCILA LLP <br> 136 Madison Avenue <br> 6th Floor <br> New York, New York 10016 <br> (212) 660-1000 <br> smusumeci@rshc-law.com <br><br> *Attorneys for Plaintiff Eddie L. Bolden* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ *Valerie Brummel*
Valerie Brummel