# **PROPOSED VOIR DIRE QUESTIONS TO BE ASKED ORALLY**

*Plaintiff's Proposed Questions:*

1. Have you or anyone close to you (including friends and neighbors) ever been employed by the City of Chicago or the State of Illinois?

2. Would you be more or less likely to believe the testimony of a law enforcement officer, compared to the testimony of another witness who is not a law enforcement officer? If so, why?

3. Do you believe the criminal justice system lets too many guilty people go free?

4. Do you think that citizens who believe they have been treated illegally or unfairly by a law enforcement officer should be allowed to bring a lawsuit against that officer?

**Defendants' Objection:** Defendants acknowledge that they originally agreed to this question. However, after further consideration Defendants believe this question is argumentative and improperly attempts to indoctrinate jurors by invoking Plaintiff's theory. Moreover, a citizen who has been treated "unfairly" does not necessarily have a cognizable lawsuit.

5. Are you in favor of limiting the amount of money a plaintiff can be awarded in a lawsuit?

*Defendants' Proposed Questions:*

1. Do you have any strong positive or negative feelings about the Chicago Police Department or law enforcement officers in general?

2. Do you have any strong positive or negative opinions of the "Black Lives Matter" movement? What about the "Blue Lives Matter" movement?

**Plaintiff's Objection:** Plaintiff acknowledges that he originally agreed to this question. However, after further consideration, Plaintiff shares the concerns expressed by the Court that this question may cause significant delay and raise other issues during jury selection.

3. Have you, a family member, or close friend ever filed or made a formal or informal complaint against a law enforcement officer or law enforcement agency?

4. At the end of the case, I will instruct you on the law that you are to apply in reaching your decision. Will you be able to follow the law I give you even if you personally disagree with it?

5. Have you followed any particular news stories involving allegations against the Chicago Police Department or its officers, or any other police department and its officers?

**Plaintiff's Objection:** This question is overly broad in that it is not limited to news stories about this case. Accordingly, this question is not designed to identify any bias or prejudice related to this case.

6. Do you believe that just because an individual's criminal conviction was overturned and they were granted a new trial, that means that the individual is innocent of the crime or the crimes that they were charged with?

**Plaintiff's Objection:** This question is unfairly one-sided in favor of Defendants. If a question of this type were to be included, it should also include the inverse proposition, *i.e.* "Do you believe that just because an individual was convicted, that means that the individual is guilty of the crime or the crimes that they were charged with?" Plaintiff further objects that this question is factually inaccurate: the evidence will show not "just" that Plaintiff's criminal conviction was overturned and he was granted a new trial, but also that he demonstrated his innocence at a hearing before the Honorable LeRoy K. Martin, Presiding Judge of the Criminal Division, who issued Mr. Bolden a Certificate of Innocence finding him "innocent of the offenses charged in the indictment."