## WITNESSES

*Plaintiff's Witness List* – UPDATED with Additional Testimony Descriptions

| Plaintiff Will Call | Brief Description of Role | Brief Description of Testimony |
|---|---|---|
| James Beligratis | Felony Review Attorney who approved charges against Plaintiff | Mr. Beligratis will testify about the information he considered when approving felony charges against Plaintiff. |
| Eddie Bolden | Plaintiff | Mr. Bolden will testify about his experience being investigated by Defendants, his arrest, his subsequent conviction, his exoneration, his receipt of a Certificate of Innocence, and the damages he suffered. |
| Tenesha Gatson | Employee of J&J Fish | Ms. Gatson was the cashier at J&J Fish and knew Mr. Bolden. She will testify about the events that occurred at J&J Fish on January 29, 1994, as well as her interrogation at the Area 2 police station that same evening. She will testify that she informed Defendants that Mr. Bolden was inside of J&J Fish while the shooting was taking place outside. |
| Dr. William T. Gaut | Plaintiff's expert witness | Dr. Gaut will testify about generally accepted law enforcement practices and standards and Defendants' departures from such standards. |
| Harlan Hansbrough | Officer who recovered weapon on night of incident | Mr. Hansbrough will testify about what happened when he and other CPD officers responded to the crime scene on January 29, 1994, including his recovery of a MAC-11 gun and ammunition from a car parked outside J&J Fish. Mr. Hansbrough will also testify that he later authorized the gun's destruction. |
| Todd Henderson | Customer at J&J Fish on night of incident | Mr. Henderson will confirm that Mr. Bolden was inside J&J Fish while the shootings were going on outside and testify that he was not contacted by Defendants or any other CPD officer about what he witnessed on January 29, 1994, despite being present at J&J Fish that night and giving his name and contact information to CPD officers. |
| James Hickey | City of Chicago 30(b)(6) | Mr. Hickey will testify about the |

| | witness | development and implementation of the CPD's Investigative File policy. |
|---|---|---|
| Charles Ingles | Attorney who represented Plaintiff during lineup | Mr. Ingles will testify about his interaction with Defendants related to the lineup in which Plaintiff participated. |
| Ricquia LaNore | Plaintiff's sister | Ms. LaNore will testify about CPD officers' visit to Mr. Bolden's mother's house and threats to Mr. Bolden's mother. She will also testify about Mr. Bolden's damages. |
| Brenda Lee | Plaintiff's aunt | Ms. Lee will testify about Mr. Bolden's damages. |
| Dr. Geoffrey Loftus | Plaintiff's expert witness | Dr. Loftus will testify about the scientific factors affecting eyewitness perception and memory. |
| Patrick Loftus | City of Chicago 30(b)(6) witness | Mr. Loftus will testify about the CPD Detectives Division's policies and procedures with respect to the investigation of violent crimes and the creation and maintenance of the Investigative File. |
| Steve Maris | City of Chicago 30(b)(6) witness | Mr. Maris will testify about the CPD's creation, maintenance, and preservation of dispatch cards. |
| James Oliver | Defendant | Mr. Oliver will testify about his role as a Gang Crimes Specialist assigned to assist the lead detectives in the investigation of Mr. Bolden. |
| Angelo Pesavento | Defendant | Mr. Pesavento will testify about his role as lead detective in the investigation of Mr. Bolden. |
| Lynda Peters | Assistant State's Attorney at 1996 trial | Ms. Peters will testify about her role as the lead prosecutor at Mr. Bolden's criminal trial. |
| Edna Williams | Owner of J&J Fish | Ms. Williams will confirm that Mr. Bolden was inside J&J Fish while the shootings were going on outside. She will also testify about the events that occurred at J&J Fish on January 29, 1994, including her arrest and interrogation by Defendants. |
| **Plaintiff May Call** | **Brief Description of Role** | **Brief Description of Testimony** |
| Michael Baker | Detective who interviewed Clifford Frazier | Mr. Baker will testify about his interview of Clifford Frazier on January 29, 1994. |

| Charles Baylom | Officer who recovered weapon on night of incident | Mr. Baylom will testify about what happened when he and other CPD officers responded to the crime scene on January 29, 1994, including his recovery of a gun and ammunition from a car parked outside J&J Fish (alongside his partner, Harlan Hansbrough). |
|---|---|---|
| Kevin Foster | Public Defender who represented Plaintiff at 1996 trial | Mr. Foster will testify about his role as Mr. Bolden's attorney at his criminal trial, including the information that was—and was not—provided to him by the CPD and State's Attorney's office. |
| Clifford Frazier | Witness who identified Plaintiff as assailant | Mr. Frazier will testify about the drug deal and shootout in which he participated on January 29, 1994, his identification of Mr. Bolden as the man who shot him, and his interactions with Defendants and other CPD officers during the investigation. |
| Vondell Goins | Customer at J&J Fish on night of incident | Ms. Goins will confirm that Mr. Bolden was inside J&J Fish while the shootings were going on outside and testify that she was not contacted by Defendants or any other CPD officer about what she witnessed on January 29, 1994, despite being present at J&J Fish that night and giving her name and contact information to CPD officers. |
| David Hodapp | Interviewed Maurice Stewart | Mr. Hodapp was hired as an investigator who interviewed Maurice Stewart. Mr. Hodapp will only be called as a rebuttal witness if Mr. Stewart testifies inconsistently with his interview. |
| Octavia Jackson | Customer at J&J Fish on night of incident | Ms. Jackson will confirm that Mr. Bolden was inside J&J Fish while the shootings were going on outside and testify that she was not asked about Mr. Bolden's alibi by Defendants, despite being present at J&J Fish that night and giving her name and contact information to CPD officers. |
| Kevin Noonan | ASA who had communications with Clifford Frazier | Mr. Noonan will testify about communications with Clifford Frazier related to Clifford Frazier's cooperation with the investigation and prosecution of Mr. Bolden. |

| | | |
|---|---|---|
| Raymond Ruebenson | Took photos and light measurements at Area 2 | Mr. Ruebenson was hired as an investigator by Mr. Bolden to assist in developing the facts of this case. If necessary, Mr. Ruebenson will authenticate photographs he took while at Area 2. Plaintiff may not call Mr. Ruebenson if Defendants agree to stipulate that the photographs taken by Mr. Ruebenson fairly and accurately depict various areas inside the Area 2 police headquarters as they appeared on September 5, 2018. |
| William Sheehan | Plaintiff's Investigator | Mr. Sheehan was hired as an investigator by Mr. Bolden during his post-conviction proceedings. Mr. Sheehan will testify about an interview of Clifford Frazier in which he participated. |
| Cynthia Steward | Fiancée of victim who interacted with police during investigation | Ms. Steward will testify about her interactions with Defendants during the investigation, including the multiple times they interviewed her, her identification of suspects other than Mr. Bolden, and Defendants' undocumented search and seizure of her home. |
| Raphael Taylor | Recipient of threat and other statements by Roderick Stewart | Mr. Taylor will testify that he and his family members were threatened by Roderick Stewart. Mr. Taylor will also testify that Stewart made incriminating statements to him regarding the Frazier/Clayton homicides. |
| Dale Tipton | F.B.I. Agent who received information from Detective Siwek | Mr. Tipton will testify that Defendant Siwek provided him with a copy of a police report authored by Officer Maurice Willis. |
| Records Custodian for Cook County Public Defender's Office | (see first column) | If necessary, a records custodian for the CCPDO will testify that the documents produced by the CCPDO in response to subpoenas in this case are authentic, were kept in the regular course of business, and represent the CCPDO's complete file relating to Mr. Bolden's criminal case. |
| Records Custodian for Cook County State's | (see first column) | If necessary, a records custodian for the CCSAO will testify that the documents |

| | | |
|---|---|---|
| Attorney's Office | | produced by the CCSAO in response to subpoenas in this case are authentic, were kept in the regular course of business, and represent the CCSAO's complete file relating to Mr. Bolden's criminal case. |
| **Deposition Designation or Other Prior Testimony** | **Brief Description of Role** | **Brief Description of Testimony** |
| Dachae Blanton | City of Chicago 30(b)(6) Witness | Ms. Blanton testified about the policies and procedures of the CPD's Evidence and Recovered Property Section, which destroyed the two guns recovered from the J&J Fish crime scene. |
| Jacob Jachna | Evidence Technician who took lineup photos | Mr. Jachna testified about the photos he took after the lineup conducted by Defendants in which Clifford Frazier identified Plaintiff. |
| George Karl | Defendant | Mr. Karl testified at Mr. Bolden's criminal trial about his role as lead detective in the investigation of Mr. Bolden. |
| Joseph Perfetti | City of Chicago 30(b)(6) witness | Mr. Perfetti testified about the policies and procedures of the CPD's Records Division, specifically the Subpoena Services Unit (which was a subset of the Records Division). |
| Thomas Sadler | City of Chicago 30(b)(6) witness and fact witness about 911 records | Mr. Sadler testified about the CPD's creation, maintenance, and preservation of 911 call tape recordings and dispatch cards. Mr. Sadler also testified about the procedures in place for a detective to review or request to hold 911 tapes. Mr. Sadler also testified in his individual capacity about his response to Mr. Bolden's attorney's subpoena requesting the 911 recording and dispatch card . |
| Edward Siwek | Defendant | Mr. Siwek testified about his role as a detective in the investigation and as an arresting officer of Mr. Bolden. |
| Barbara Temple | Officer who was on scene at J&J Fish | Ms. Temple testified about what happened when she and other CPD officers responded to the crime scene on January 29, 1994, including her interview of Clifford Frazier. |

| James Williams | Owner of J&J Fish | Mr. Williams testified that Mr. Bolden was inside J&J Fish while the shootings were going on outside. Mr. Williams also testified that Defendants arrested him and the J&J Fish employees on the night of January 29, 1994. |
|---|---|---|
| Lee Williams | Witness at Minerva scene | Mr. Williams testified at Mr. Bolden's criminal trial that he did not make the statements attributed to him by Defendants Pesavento and Karl in their police report. Namely, he testified that he merely saw a person exit the backseat of the car at the Minerva crime scene and walk northbound on Minerva Street, and he could not describe that person. |
| Maurice Willis | Officer who recovered weapon and made arrests on night of incident | Mr. Willis testified that he recovered a .40 caliber gun from inside J&J Fish, arrested Clifford Frazier, and interviewed him on January 29, 1994. At Plaintiff's criminal trial, the parties stipulated that if called, Willis would testify that both guns recovered from the J&J crime scene were destroyed prior to Plaintiff's trial. |

### *Defendants' Witness List*

Defendants reserve the right to call any witness on Plaintiff's Witness List.

| **Defendants Will Call** | **Brief Description of Role** | **Brief Description of Testimony** |
|---|---|---|
| Clifford Frazier | Civilian who identified Bolden | This witness will testify that Bolden got into a car with his brother and cousin and later returned and shot him. He will further testify that he identified Bolden at the police lineup. |
| Cynthia Steward | Girlfriend of Ledell Clayton | This witness will testify to involvement in criminal activity and interactions with victims along with their knowledge and relationships with Plaintiff and Anthony Williams. |
| Angelo Pesavento | Defendant Officer | Detective during criminal investigation that led to Plaintiff's arrest |
| James Oliver | Defendant Officer | Gang Specialist during criminal investigation |
| James Beligratis | State's Attorney | Assistant State's Attorney and Felony Review on February 26, 1994 |

| | | |
|---|---|---|
| Linda Walls | Former Prosecutor | Linda Walls is an assistant State's Attorney. She will testify that she was going to re-try Bolden's criminal case until she received an order that the case would not be re-tried. She will further testify about Plaintiff's criminal court proceedings and the circumstances of the certificate of innocence granted to Plaintiff |
| Kevin Foster | Bolden's Criminal Defense Attorney | Representation of Plaintiff during criminal proceedings and efforts undertaken on behalf of Plaintiff |
| Eddie Bolden | Plaintiff | |
| **Defendants May Call** | **Brief Description of Role** | **Brief Description of Testimony** |
| Jeffrey Ferguson | Civilian Witness | Jeffrey and James Ferguson are relatives of Irving Ledell Clayton. They will testify to their observations and knowledge of Derrick and Irving's activities on January 29, 1994 and knowledge of their relationships with Plaintiff and Anthony Williams. |
| James Ferguson | Civilian Witness | Jeffrey and James Ferguson are relatives of Irving Ledell Clayton. They will testify to their observations and knowledge of Derrick and Irving's activities on January 29, 1994 and knowledge of their relationships with Plaintiff and Anthony Williams. |
| Roderick Stewart | Civilian Witness | Roderick Stewart is the person that Bolden identified as the true perpetrator of the double murders. He will testify that he did not beat and shoot Clifford Frazier or commit the double murders. |
| Lynda Peters | Former Prosecutor | Lynda Peters is a former Assistant State's Attorney. She will testify about Bolden's criminal proceedings. |
| Michael Rowan | Officer | Michael Rowan is a retired Chicago police detective. He will testify to his role in the investigation of the double homicide. |
| Maurice Stewart | Civilian Witness | Maurice Stewart was the cook of the JJ fish restaurant on January 29, 1994. He will testify to his observations on the night of the incident. |

| | | |
|---|---|---|
| Judge Neera Walsh | Judge | Neera Walsh is a former Assistant State's Attorney. She will testify about Bolden's criminal proceedings. |
| Nathan Silas | Officer | Nathan Silas is a police officer from the third district. He will testify that he recovered drugs from Clifford's apartment. |
| Harlan Hansbrough | Officer | Officer Hansbrough will testify about the recovery and inventory of the Mac 11 firearm |
| Terry Sumter | Officer | Terry Sumter will testify about responding to the scene of the shooting of Clifford Frazier |
| Dale Tipton | FBI Agent | Retired FBI Agent will testify about investigation into Anthony Williams and his associates along with meetings and communications between FBI and CPD regarding the Frazier/Clayton murders |
| Michael Baker | Officer | Detective during criminal investigation |
| Louis Williams | Civilian Witness | Louis Williams is the brother of Anthony Williams. He will testify to his knowledge of his brother's illegal activities and his relationship with Eddie Bolden. |
| Barbara Temple | Officer | Patrol Officer who responded to JJ Fish |
| Record Keeper for FBI Documents | (see first column) | Foundation if needed for FBI documents |
| Record Keepers to authenticate and lay evidentiary foundation for Defendants' trial exhibits | (see first column) | Foundation if needed for Defendants' trial exhibits |
| Record Keeper for Cook County State's Attorney's Office | (see first column) | Foundation if needed for CCSAO documents |
| Record Keeper for Cook County Public Defender's Office | (see first column) | Foundation if needed for CCPDdocuments |
| **Deposition Designation or Other Prior Testimony** | **Brief Description of Role** | **Brief Description of Testimony** |
| George Karl | Defendant Officer (deceased) | Detective during criminal investigation that led to Plaintiff's arrest |
| Joseph Barnes | Officer (deceased) | CPD member who appeared in lineup as filler |

| Richard Chenow (testimonial stipulation) | Crime Lab (deceased) | CPD crime lab member who will testify that same firearm used to murder the two victims and to shoot Clifford Frazier |
| --- | --- | --- |
| Lee Williams | Civilian Witness (deceased) | Witness to the double murder |
| Ed Siwek | Defendant Officer (deceased) | Detective during criminal investigation |
| Dr. Michelle Holevar (testimonial stipulation) | Medical Doctor | Doctor who treated Clifford Frazier for wounds |
| Nancy Jones | Medical Examiner (deceased) | Medical Examiner Office, Post Mortem on the murder victims |
| John Naujokas | Crime Lab | Responded to and processed crime scene |
| Frank Gurtowski | Crime Lab | Responded to and processed crime scene |
| Thomas Ginnelly | Crime Lab | Responded to and processed crime scene |
| Robert McLin | Crime Lab | Recovery of the shell casings from the shooting of Clifford Frazier |
| Charles Baylom | Officer | CPD patrol officer who responded to the crime scene on January 29, 1994, including his recovery firearm and ammunition from a car parked near Harold's Chicken |
| Jacob Jachna | Officer | Photographed lineup |
| Talmay Anderson | Officer | CPD Gang Specialist and partner to Defendant Oliver |
| Maurice Willis | Officer | Patrol Officer in 3rd district during criminal investigation who recovered evidence and made arrest of non-parties |
| Thomas Sadler | Officer | 911 policies and procedures |