IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDDIE L. BOLDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 17 C 00417 |
| ) | |
| vs. ) | Honorable Steven C. Seeger |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**LIST OF EXHIBITS THAT ALL PARTIES AGREE CAN BE ADMITTED INTO EVIDENCE**

The Parties agree that the following exhibits can come into evidence, provided that the exhibits are used with a witness, because each of the exhibits is either not objected to or the objection has been rendered moot by way of the Court's Order on motions *in limine*. (Dkt. 467).

I. **Joint Exhibits**

| Joint Exhibit | Bates No. | Description |
|---|---|---|
| 4 | CHI.BOLDEN 013395-13493; 014685-14691 | Detective Division Investigative File (Various Dates) |
| 5 | EB0000407 | Arrest Report of Eddie Bolden (2/26/1994) |
| 9 | EB0001515-0001516 | Supplementary Report of Pesavento, Karl, Siwek (Interview of Anthony Williams) (2/1/1994) |
| 10 | EB0000440-0000441 | Supplementary Report of Karl and Siwek (Interview of Cynthia Steward and Fergusons) (2/2/1994) |
| 11 | CCSAO 0549 | Siwek General Progress Report (Bolden Interview) (2/26/1994) |
| 12 | EB0000446-0000447 | Supplementary Report of Siwek, Karl, Pesavento (Lineup) (2/27/1994) |

| Joint Exhibit | Bates No. | Description |
|---|---|---|
| 13 | EB0000442-0000445 | Supplementary Report of Karl and Pesavento (In Custody Report) (2/27/1994) |
| 14 | EB0018891 | Booking Photos of Eddie Bolden (2/27/1994) |
| 15 | EB0001666 | Laboratory Report of Richard Chenow (2/28/1994) |
| 16 | EB0015053-15078; CHI.BOLDEN 13459 | GROUP: CPD General Progress Reports (Various dates) |
| 23 | EB0001225-1228 | Photographs of inside and outside of J&J Fish |
| 25 | No Bates | Type-written version of Baker General Progress Report (1/29/1994) |

## II.    Plaintiff's Exhibits

| Plaintiff's Exhibit | Bates No. | Description |
|---|---|---|
| 12 | DEFOFC000724 (Excerpt of photo only) | Photo of Roderick Stewart |
| 18 | EB-FBI000041-42 | Supplemental Report (Clifford Frazier Interview – Willis) (01/30/1994) |
| 19 | EB0000559 | Composite Sketch |
| 20 | CHI-BOLDEN 013398-013399 | Contact Information Sheets (Investigative File) |
| 24 | CCSAO 002391-002394 | General Offense Report (Cottage Grove—Temple and Sumpter) (01/29/1994) |
| 41 | EB0001182 | Lineup Photo (02/26/1994) |
| 42 | EB0001183 | Lineup Photo (02/26/1994) |
| 44 | CCSAO 4319 | Photograph of front of J&J Restaurant |

| Plaintiff's Exhibit | Bates No. | Description |
|---|---|---|
| 45 | CCSAO 0062 and CCSAO 0064 | Photographs of front of Harold's Chicken |
| 46 | EB0018951 (native image) | Photograph of inside of J&J Restaurant |
| 53 | EB0019453 | Photograph – Damages |
| 72 | EB0018410 | Certificate of Innocence |
| 73 | EB0018902, EB0018917-0018918 (native images) | Photos of Victim's Car at Minerva |
| 74 | EB0002727 | Photo of Eddie Bolden wearing hat |
| 76 | CCSAO000112-113, 1406 and 2979 | Group Exhibit – Documents re Bolden Address |
| 79 | EB0001442-0001443 | General Offense Report (Minerva--Dunn) (01/29/1994) |
| 85 | CHI.BOLDEN 013461 | Forensic Institute Medical Examiner Case Report for Ledell Clayton (01/30/1994) |
| 86 | EB0001444-0001449 | Supplementary Report (Progress Report—Pesavento and Karl) (01/30/1994) |
| 87 | EB0000435 | Supplementary Report (Recovery of cocaine from Clifford Frazier apartment—Jackson, Silas and Robbins) (01/31/1994) |
| 91 | EB0000471 | General Progress Report (Lineup participant notes—Siwek and Pesavento) (02/26/1994) |
| 92 | EB0000361 | Crime Scene Processing Report (Lineup participant photographs—Jachna) (02/26/1994) |
| 94 | CCSAO 0549 | General Progress Report (Notes of Eddie Bolden interview—Siwek) (02/26/1994) |
| 96 | CCSAO 0246-0247 | Case Fact Sheet (Belligratis) (02/27/1994) |

| Plaintiff's Exhibit | Bates No. | Description |
|---|---|---|
| 99 | CHI-BOLDEN 000856 | Training records – Oliver (02/22/2017) |
| 100 | CHI-BOLDEN 000858-000859 | Training records – Pesavento (02/22/2017) |
| 101 | CHI-BOLDEN 000860-000863 | Training records – Siwek (02/22/2017) |
| 122 | CCSAO 0037, 0040 and 0046 | Photos of bullet holes – C. Frazier vehicle |
| 123 | CCSAO 0016 and CCSAO 0043-0047 | Photos of yellow tape – vacant lot |
| 124 | CCSAO 0892 | CPD Inventory Report No. 1275322 |
| 129 | CCSAO 00844-00845 | Property Inventory Sheet Nos. 1237068 and 1237069 |
| 131 | EB0018951 (native file) | Photo of inside of J&J's Restaurant |
| 133 | CHI-BOLDEN 000704 | CPD Property Inventory No. 1286561 - Bullet recovered from Motorcraft battery |
| 134 | CHI-BOLDEN 000799 | CPD Crime Scene Processing Report - Motorcraft battery bullet |
| 135 | CCSAO 0852 | CPD Property Inventory No. 1274913 - L. Clayton bullet |
| 136 | CHI-BOLDEN 000798 | CPD Crime Scene Processing Report - Ledell Clayton Bullet and Blood Vial |
| 144 | EB0005590-5591 and EB0005625-5627 | Trial Stipulation re: Maurice Willis |
| 153 | EB0000125-0000133 | Transcript – Pesavento grand jury testimony |
| 154 | EB0007379-0007392 | Transcript – Pesavento suppression hearing testimony |
| 155 | EB0006803-0006992 | Transcript – Pesavento trial testimony |
| 156 | EB0007118-7119, 0007168-0007181 | Transcript – Pesavento rebuttal trial testimony |
| 187 | EB0018597 | Order – Defendant to be Released – MS Nolle (4/19/16) |

### III. Defense Exhibits

| Defense Exhibit | JERS Prefix | Bates No. | Description |
|---|---|---|---|
| 2. | B | EB 0001181 | Bolden State ID, 4/1/93 |
| 5. | D | IDOC 000863 | Bolden IDOC ID Photo, 2/27/94 |
| 6. | E | IDOC 000866 | Bolden IDOC Photo, 12/16/96 |
| 8. | H | CCSAO 1794-1797 | Temple/Sumter Original Case Incident Report for ID only |
| 9. | I | Chi.Bolden 13402-03 | Higgins/Rowan Supp Report for ID only |
| 10. | J | CCSAO 1634 | Pesavento/Siwek/Karl GPR for ID only |
| 14. | K | Chi.Bolden 13413-14 | Lazar Supp Report for ID only |
| 15. | L | Chi.Bolden 13418-23 | Pesavento/Karl Supp Report for ID only |
| 17. | M | Chi.Bolden 13443 | Cornelison Supp Report for ID only |
| 19. | N | Chi.Bolden 13463 | Karl/Pesavento/Siwek GPR, 2/1/94 for ID only |
| 20. | O | Chi.Bolden 13468 | Karl/Pesavento/Siwek/Baker GPR for ID only (IR) |
| 21. | P | Chi.Bolden 13491 | Jachna Crime Scene Processing Report for ID only |
| 27. | S | CCSAO 896 | 3/18/94 Court Order in *People v. McCray* |
| 28. | T | Chi.Bolden 13391-94 | 3/18/94 Transcript in *People v. McCray* |
| 33. | X | EB 00002728 | Photo of Anthony Williams |
| 66. | BC | No Bates stamp | Plaintiff's Response to Requests to Admit |
| Group 74. | BG | EB 0009103, 9105 | Verdict Forms from Criminal Trial, 10/30/96 |

| Defense Exhibit | JERS Prefix | Bates No. | Description |
|---|---|---|---|
| 93. | BU | EB 1584 | GSR Tests request by Karl for ID only |
| 95. | BV | EB 2677-2678 | Roderick Stewart Mug Shots |
| 96. | BW | EBPD 404 | Fingerprint Request Report by Karl for ID only |
| 101. | CA | EB 561-562 | Bolden Affidavit |
| 103. | CC | EB2454-2531 | Bolden's Chasing Justice |
| 115. | CN | No Bates stamp | Plaintiff's 2nd Supplemental Objection and Response to Defendant Baker's 1st Set of Interrogatories |

4810-7136-9981, v. 1