**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, JAMES OLIVER | ) | JURY TRIAL DEMANDED |
| ANGELO PESAVENTO, and | ) | |
| EDWARD SIWEK | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Defendants' Proposed Exhibit List</u>**

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 1. | A | Photo array shown to Clifford Frazier | CCSAO 2962-2972; EB 0018919 | In light of Plaintiff's MIL No. 1, Plaintiff's photo needs to be redacted so it doesn't look like a mug shot | Subject to Reconsideration |
| 2. | B | Bolden State ID, 4/1/93 | EB 0001181 | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| Group 3. | C | Photographs of lineup (photos of victims withdrawn) | CCSAO 2190, 2936, 2755, 2959-61, EB 0001182-84, 1186 | Objection to 2936 and 2955 (plaintiff believes 2755 is a typo and the defense is referring to 2955). These are photos of the victims and are excluded by the Court's ruling on Plaintiff's MIL No. 10. | |
| 4. | | INTENTIONALLY LEFT BLANK | | | |
| 5. | D | Bolden IDOC ID Photo, 2/27/94 | IDOC 000863 | | |
| 6. | E | Bolden IDOC Photo, 12/16/96 | IDOC 000866 | | |
| | F | Bolden Statesville Photo | EB 2643 | Subject to ruling on Plaintiff's MIL No. 2, reference to "GD with pitchfork heart wings" needs to be redacted. | Subject to Reconsideration |
| Group 7. | G | Life and death photos (photos of victims after death withdrawn) | CCSAO 900, EB 0018888, CCSAO 2191-92, 2823-24, 2839, PD 656-659 | Rules 401 and 403; excluded by Court's ruling on Plaintiff's MIL No. 10. | Life photos should still come in |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 8. | H | Temple/Sumter Original Case Incident Report for ID only | CCSAO 1794-1797 | | |
| 9. | I | Higgins/Rowan Supp Report for ID only | Chi.Bolden 13402-03 | | |
| 10. | J | Pesavento/Siwek/Karl GPR for ID only | CCSAO 1634 | | |
| 11. | | INTENTIONALLY LEFT BLANK | | | |
| 12. | | INTENTIONALLY LEFT BLANK | | | |
| 13. | | INTENTIONALLY LEFT BLANK | | | |
| 14. | K | Lazar Supp Report for ID only | Chi.Bolden 13413-14 | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 15. | L | Pesavento/Karl Supp Report for ID only | Chi.Bold en 13418-23 | | |
| 16. | | INTENTIONALLY LEFT BLANK | | | |
| 17. | M | Cornelison Supp Report for ID only | Chi.Bolden 13443 | Incomplete, should include page 13442. | Agree |
| 18. | | INTENTION ALLY LEFT BLANK | | | |
| 19. | N | Karl/Pesaven to/Siwek GPR, 2/1/94 for ID only | Chi.Bolden 13463 | | |
| 20. | O | Karl/Pesavent o/Siwek/Baker GPR for ID only (IR) | Chi.Bolden 13468 | | |
| 21. | P | Jachna Crime Scene Processing Report for ID only | Chi.Bolden 13491 | | |
| 22. | | INTENTIONALLY LEFT BLANK | | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 23. | | INTENTIONALLY LEFT BLANK | | | |
| 24. | | INTENTIONALLY LEFT BLANK | | | |
| 25. | | INTENTIONALLY LEFT BLANK | | | |
| 26. | R | Siwek Report Bolden on Parole for ID only | CCSAO 2099 | Excluded by Plaintiff's MIL No. 1. | Subject to Reconsideration |
| 27. | S | 3/18/94 Court Order in *People v. McCray* | CCSAO 896 | | Subject to Reconsideration |
| 28. | T | 3/18/94 Transcript in *People v. McCray* | Chi.Bolden 13391-94 | | Subject to Reconsideration |
| 29. | U | Derrick Frazier Postmortem Report | CCME 24-36 | Hearsay, 401, 403. If there are particular facts that Defendants believe are pertinent, Plaintiff will consider a reasonable stipulation. | Defense will withdraw if Jones designations come in, Plaintiff opened door with Siwek testimony |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 30. | V | Ladell Clayton Postmortem Report | CCME 37-50 | Hearsay, 401, 403. If there are particular facts that Defendants believe are pertinent, Plaintiff will consider a reasonable stipulation. | Defense will withdraw if Jones designations come in Plaintiff opened door with Siwek testimony |
| Group 31. | W | Crime Scene Photos (photos of victims withdrawn) | CCSAO 2934-35, 2937-38, 2943-54, 2956-58, EB 0001187-1216 | Object to CCSAO 2935, 2937, EB 1198, 1199, and 1200: Rules 401, 403, excluded by Court's ruling on Plaintiff's MIL No. 10. | |
| Group 32. | | INTENTIONALLY LEFT BLANK | | | |
| 33. | X | Photo of Anthony Williams | EB 00002728 | | |
| 34. | Y | Bolden 10/31/11 Letter to Walls | CCSAO 2997 | Rules 401 and 403 | Admission of Party, relevant to damages |
| 35. | Z | Bolden 9/7/08 Letter to Peters | CCSAO 3000-02 | Rules 401 and 403; reference to Boyd case excluded by Court's ruling on Plaintiff's MIL No. 1. | Subject to reconsideration but will redact any reference to Boyd murder if ruling remains in tact |
| 36. | AA | Bolden Letter to Foster, 12/12/96 | EB 0019130 | Rules 401 and 403 | Admission of Party, relevant to credibility, relevant to damages |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 37. | AB | Safer letter to Valentini, dated 2/22/16 for ID only | CCSAO 4333-34 | Hearsay, 401, 403 | Effect on listener, Relevant to mal pros, COI |
| 38. | A C | Steward Letter to Bolden, 10/31/96 for ID only | CCSAO 6888 | No objection to marking for identification | |
| 39. | A D | Bolden Letters to Steward, 11/12/97 | EB 00002761-2773 | In light of Court's ruling on Plaintiff's MIL No. 1, reference to prior conviction should be redacted | Subject to reconsideration but will redact any reference to Boyd murder if ruling remains in tact |
| 40. | A E | Clifford's Victim Impact Statement | CCSAO 6893-94 | Hearsay, 401, 403 | Withdrawn |
| 41. | A F | Anthony Williams Arrest Report, 9/3/85 for ID only | Chi.Bolden 011655 | Rules 401 and 403 | Withdrawn |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 42. | A G | Anthony Williams Arrest Report, 4/17/87 for ID only | Chi. Bolden 011656 | Rules 401 and 403 | Withdrawn |
| 43. | A H | Anthony Williams Arrest Report, 1/30/92 for ID only | Chi. Bolden 011665 | Rules 401 and 403 | Withdrawn |
| 44. | AI | Anthony Williams Arrest Report, 10/26/91 for ID only | Chi.Bolden 011664 | Rules 401 and 403 | Relevant to Probable Cause |
| 45. | A J | Anthony Williams Arrest Report, 8/11/91 for ID only | Chi.Bolden 011663 | Rules 401 and 403 | Withdrawn |
| 46. | AK | In the Matter of Charles Ingles, M.R. 10402 | DEF Ofc 124-27 | Excluded by Court's ruling on Plaintiff's MIL No. 12. | Withdrawn |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 47. | AL | Bolden Visitor List at Logan ID'ing Ant | CCSAO 1386 | Rules 401 and 403; excluded by Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Subject to Reconsideration |
| 48. | AM | Bolden's Parole agreement | CCSAO 1200-01 | Rules 401 and 403; excluded by Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Subject to Reconsideration |
| 49. | AN | Release Interview Form | EB 0016576 | Rules 401 and 403; excluded by Court's ruling on Plaintiff's MIL No. 1 because it shows prior incarceration. | Subject to Reconsideration |
| 50. | AO | Arrest Report of Plaintiff, 9/9/85 | CCSAO 1985-0065 | Excluded by Court's ruling Plaintiff's MIL No. 1. | Subject to Reconsideration |
| 51. | A P | Statement of Bolden in re: Matter of Laferre Boyd | Def Ofc 860-69 | Excluded by Court's ruling on Plaintiff's MIL No. 1. | Subject to Reconsideration |
| 52. | A Q | Certified Statement of Conviction in Boyd case | Self-authenticating | Excluded by Court's ruling on Plaintiff's MIL No. 1. | Subject to Reconsideration |
| Group 53. | | INTENTIONALLY LEFT BLANK | | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 54. | AR | Joliet Reception and Classification Unit Summary Report, 12/6/96 | IDOC 001053 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2 | Subject to Reconsideration but will withdraw if gang evidence remains admissible |
| 55. | AS | Vote Sheet, 5/14/01 | IDOC 1209-10 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2; reference to prior incarceration excluded by Court's ruling on Plaintiff's MIL No. 1. | Admission of Party Opponent, Business record |
| 56. | A T | Bolden Disciplinary Report, 5/16/97 | IDOC 001100 | Hearsay, 401, 403; gang reference also subject to Plaintiff's MIL No. 2 | Public/Business record, damages |
| 57. | AU | Bolden Phone Call, 10/22/13 | DEF IDOC 44 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 58. | A V | Bolden IDOC Call to Susan Carlson, 10/6/11 | Def IDOC 568 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 59. | AW | Bolden Phone Call, 11/29/11 | DEF IDOC 587 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 60. | AX | Bolden Phone Call, 2/10/12 | DEF IDOC 622 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 61. | AY | Bolden Phone Call, 2/20/12 | DEF IDOC 624 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 62. | AZ | Bolden Phone Call, 3/5/12 | DEF IDOC 629 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 63. | BA | Bolden Phone Call, 5/7/12 and transcript of recording | DEF IDOC 659 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 64. | BB | Bolden Phone Call, 8/21/12 | DEF IDOC 689 | All or part is objectionable under 401 and 403; need transcript of specific segments defense wants to use; statements of people other than Plaintiff are hearsay | Admission of Party Opponent, credibility, damages |
| 65. | | INTENTIONALLY LEFT BLANK | | | |
| 66. | BC | Plaintiff's Response to Requests to Admit | No Bates stamp | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 67. | BD | ROP 2/15/95, MTS, Ingles for ID only | EB 0000001-19 | No objection to marking for identification | |
| 68. | BE | ROP 2/23/95, MTS for ID only | EB 0000076-111 | No objection to marking for identification | |
| 69. | B F | ROP 3/20/95, MTS Arg and ruling for ID only | EB 0000113-19 | No objection to marking for identification | |
| 70. | | INTENTIONALLY LEFT BLANK | | | |
| 71. | | INTENTIONALLY LEFT BLANK | | | |
| 72. | | INTENTIONALLY LEFT BLANK | | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 73. | | INTENTIONA LLY LEFT BLANK | | | |
| Group 74. | BG | Verdict Forms from Criminal Trial , 10/30/96 | EB 0009103, 9105 | | |
| Group 75. | | Photos of the area of 6546 S. Minerva and 64th and Cottage Grove (demonstratives) | | Defense must produce copy | |
| Group 76. | BH | INTENTIONALLY LEFT BLANK | | | |
| 77. | | Black Ski Mask (demonstrative) | | Rules 401 and 403 | Relevant to Bolden's testimony |
| 78. | | Black Skull Cap (demonstrative) | | Rules 401 and 403 | Relevant to Bolden's testimony |
| 79. | B K | Ingles Drawing of Area 2 (demonstra tive) | Ex. 2 of Ingles Depositio n | No objection if he testifies | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 80. | | Drawing of J&J Fish, 4/10/18 (demonstrative ) | Ex. 1 of Edna Williams Deposition | No objection if she testifies | |
| 81. | B L | Drawing of J&J Fish, 5/4/18 (demonstrativ e) | Ex. 1 of Octavia Jackson's Deposition | No objection if she testifies | |
| 82. | BM | Drawing of J&J Fish, 5/23/18 | Ex. 1 of Vondell Goins' Deposition | No objection if she testifies | |
| Group 83. | | Subpoena to William Carlson with Rider, 1/19/18, March 30, 2018 Response, June 8, 2018 Correspondence from Stefanich (Redacted), June 17, 2018 Correspondence from Hays (Redacted) | | Hearsay, 401, 403. Defense also needs to identify proposed redactions. | Marked for ID only |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 84. | | INTENTIONALLY LEFT BLANK | | | |
| 85. | BO | FBI Documents | EBFBI 1-53, EB0017547- 18004 | No objection to EB-FBI000002-000047. Objection to the remainder: Hearsay, 401, 403, 602, 901. Subject of Plaintiff's MIL to exclude FBI Documents. | Defs. will lay foundation |
| 85a | BO-1 | FBI Documents | EB-FBI000040, 48-50,31-32; EB0017551, 17556-57, 17572-73, 17578-84, 17591-99, 17629, 17618-19 | Hearsay, 401, 403, 602, 901. Subject of Plaintiff's MIL to exclude FBI Documents. Portion of EB-FBI000040 is excluded by Court's ruling on Plaintiff's MIL No. 1. | Defs. will lay foundation |
| 86. | | INTENTIONALLY LEFT BLANK | | | |
| 87. | | Bolden's Post Conviction Briefs | | Defense needs to identify specific briefs by bates number. | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 88. | BQ | Property Inventories for Derrick Frazier and Ledell Clayton | PD 683, 693 | Hearsay | Course of investigation, rebuts plaintiff's claims |
| 89. | BR | Kevin Foster's Notes | CCSAO 4406-4446, 4776, 4791, 4792, 4795, 4810, 5117, 5119-25, 5127-5131, 5135, 5138-39, 5144, 5146-47, 5152, EB 1285 | Hearsay | Marked for ID only with the exception of admissions by party opponent; past recollection recorded |
| 90. | | Various Composite Sketches (demonstrative) | No Bates stamp | Defense needs to produce | Withdrawn |
| 91. | | INTENTIONALLY LEFT BLANK | | | |
| 92. | BT | GSR Reports by Berk for ID only | EB 364 | No objection to marking for identification | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 93. | BU | GSR Tests request by Karl for ID only | EB 1584 | | |
| 94. | | INTENTIONALLY LEFT BLANK | | | |
| 95. | BV | Roderick Stewart Mug Shots | EB 2677-2678 | | |
| 96. | BW | Fingerprint Request Report by Karl for ID only | EBPD 404 | | |
| 97. | | INTENTIONA LLY LEFT BLANK | | | |
| 98. | BX | Vondell Goins Affidavit for and Handwritten Statements ID only | CCSAO 4398-4400, EB 2897-2898, EB 17171-17172 | No objection to marking for identification | |
| 99. | BY | Octavia Jackson Affidavit for ID only | CCSAO-4402 | No objection to marking for identification, but should include 4401 | |
| 100. | BZ | Tenesha Gatson Affidavit for ID only | EB 14051-52 | No objection to marking for identification | |
| 101. | CA | Bolden Affidavit | EB 561-562 | | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 102. | CB | Henderson Affidavit for ID only | EB 2889-2891 | No objection to marking for identification | |
| 103. | CC | Bolden's Chasing Justice | EB2454-2531 | | |
| 104. | CD | Anderson Letter to Kay Goins for ID only | EB 773-775 | No objection to marking for identification | |
| 105. | CE | Sheehan Letter to V. Goins for ID only | EB 2617 | No objection to marking for identification | |
| 106. | CF | Carlson Letter to Wade for ID only | EB 2636 | No objection to marking for identification | |
| 107. | CG | Carlson Letter to Jacksons for ID only | EB 2637 | No objection to marking for identification | |
| 108. | CH | Lee Letter to Carlson for ID only | EB 2638 | No objection to marking for identification | |
| 109. | CI | Cronin Letter to Carlson re: sketch for ID only | EB 2674-76 | No objection to marking for identification | |
| 110. | CJ | Carlson Letter to Gatson for ID only | EB 2758 | No objection to marking for identification | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 111. | | INTENTIONALLY LEFT BLANK | | | |
| 112. | CK | Photo of Bolden 1985 | EB 18919 | In light of Court's ruling on Plaintiff's MIL No. 1, Plaintiff's photo needs to be redacted so it doesn't look like a mug shot (also duplicative of Exhibit A) | Withdrawn |
| 113. | CL | Plaintiff's Objections & Responses to Defendant Michael Baker's First Set of Interrogatories | No Bates stamp | Objection only to the extent that the defense intends to use a response that was later amended or supplemented. | |
| 114. | CM | Plaintiff's Supplemental Response to Defendant Baker's 1st Set of Interrogatories | No Bates stamp | Objection only to the extent that the defense intends to use a response that was later amended or supplemented. | |

| Exhibit No. | JERS Prefix | Description | BATES NUMBER | Plaintiff's Objection | Defendants' Response |
|---|---|---|---|---|---|
| 115. | CN | Plaintiff's 2nd Supplemental Objection and Response to Defendant Baker's 1st Set of Interrogatories | No Bates stamp | | |
| Group 116. | CO | IDOC Phone Calls from IDOC Intelligence Center | DEF 000002-000723 | Defense needs to identify which of these 700-plus calls, and which portions thereof, it intends to introduce. The majority of calls are objectionable under 401 and 403. | Defendants will identify Plaintiff's IDOC telephone calls that will be utilized during trial. |

4831-9686-7325, v. 2