# **PROPOSED VERDICT FORM**

The Parties hereby submit the following Proposed Agreed Verdict Form

The Parties dispute whether the bracketed language ("Unduly Suggestive Identification Claim") should be included in the title of the First Claim:

**Plaintiff's Position:** Plaintiff objects to the bracketed language. The claim is already defined by the jury instructions, which should be the jurors' sole source for the description of the claim. There is no need to further characterize the nature of the claim in the verdict form and doing so will potentially confuse the jury.

**Defendants' Position:** The bracketed language is necessary to protect against juror confusion. Plaintiff is attempting to elicit evidence regarding the destruction of certain evidence, failure to turn over to the defense *Brady* material, and failing to properly investigate the shootings. The jury could mistakenly view these topics as evidence relevant to whether Plaintiff received a fair trial even though the Court ruled Plaintiff could not make out a due process claim based on this evidence. By keeping the bracketed language, the jury will be reminded that they are to consider evidence regarding the identification procedures, not other evidence which Plaintiff contends is relevant only to other claims.

We, the jury, find as follows:

### I. First Claim: Violation of Constitutional Right to a Fair Trial [Unduly Suggestive Identification Claim]

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### II. Second Claim: Pretrial Detention without Probable Cause

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### III. Third Claim: Failure of Bystander Officer to Intervene

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### IV. Fourth Claim: Conspiracy to Violate Constitutional Rights

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: | | |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### V. Fifth Claim: Malicious Prosecution

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: | | |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### VI. Sixth Claim: Intentional Infliction of Emotional Distress

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: | | |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

## VII. Seventh Claim: Civil Conspiracy

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

## VIII. Compensatory Damages

(To be considered only if you have found in favor of Plaintiff on one or more of his claims against one or more of the Defendants.)

We, the jury, award the Plaintiff, Eddie L. Bolden, compensatory damages in the amount of $_____.

## IX. Punitive Damages

(To be considered, but not required, for each particular Defendant only if you have found in favor of Plaintiff against that Defendant on one or more of Plaintiff's claims.)

We, the jury, award the Plaintiff, Eddie L. Bolden, punitive damages against Angelo Pesavento in the amount of $_____.

We, the jury, award the Plaintiff, Eddie L. Bolden, punitive damages against James Oliver in the amount of $_____.

_____

*Presiding Juror*

_____                _____

_____                _____

_____ _____

_____ _____

_____ _____

Date: _____