# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| ANGELO PESAVENTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED PROPOSED VERDICT FORM

The Parties hereby submit the following Proposed Agreed Verdict Form:

We, the jury, find as follows:

I. **First Claim: Violation of Constitutional Right to a Fair Trial (Unduly Suggestive Identification Claim)**

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

II. **Second Claim: Pretrial Detention without Probable Cause**

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

III. **Third Claim: Failure of Bystander Officer to Intervene**

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### IV. Fourth Claim: Conspiracy to Violate Constitutional Rights

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### V. Fifth Claim: Malicious Prosecution

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### VI. Sixth Claim: Intentional Infliction of Emotional Distress

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### VII. Seventh Claim: Civil Conspiracy

(For each, check one and only one of the two choices, *i.e.*, for Plaintiff or for Defendant.)

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to: |  |  |
| Angelo Pesavento | _____ | _____ |
| James Oliver | _____ | _____ |
| Estate of Edward Siwek | _____ | _____ |
| Estate of George Karl | _____ | _____ |

### VIII. Compensatory Damages

(To be considered only if you have found in favor of Plaintiff on one or more of his claims against one or more of the Defendants.)

We, the jury, award the Plaintiff, Eddie L. Bolden, compensatory damages in the amount of $_____.

### IX. Punitive Damages

(To be considered, but not required, for each particular Defendant only if you have found in favor of Plaintiff against that Defendant on one or more of Plaintiff's claims.)

We, the jury, award the Plaintiff, Eddie L. Bolden, punitive damages against Angelo Pesavento in the amount of $_____.

We, the jury, award the Plaintiff, Eddie L. Bolden, punitive damages against James Oliver in the amount of $_____.

_____        _____
*Presiding Juror*

_____        _____

_____        _____

_____                    _____


_____                    _____


_____                    _____



Date: _____