UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Eddie L. Bolden, et al.
                                Plaintiff,
v.                                           Case No.: 1:17−cv−00417
                                                     Honorable Steven C. Seeger
City of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 25, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Officers' motion in liminie no. 13 to bar the testimony of Geoffrey Loftus (Dckt. No. [434]) and Plaintiff's supplemental opposition to Defendant Officers' motion in limine no. 13 to bar the testimony of Geoffrey Loftus (Dckt. No. [520]) are denied as moot. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.