# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDDIE L. BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 CV 417 |
| v. ) | |
| ) | Honorable Steven Seeger |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Please take notice that on **October 25, 2021,** I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **FBI DOCUMENTS CONTAINED IN DEFENDANTS' EXHIBIT 85 THAT DEFENDANTS SEEK TO ADMIT INTO EVIDENCE**.

Respectfully submitted,

*/s/ William E. Bazarek*
Special Assistant Corporation Counsel
One of the Attorneys for Defendant Officers

Andrew M. Hale
Barrett Boudreaux
William E. Bazarek
Amy A. Hijjawi
Brian J. Stefanich
Hale & Monico, LLC
53 W. Jackson, Suite 337
Chicago, IL 60604

ANTBAN (Initiated 9/2/93) targets ANTHONY QUINN WILLIAMS, aka "GOVERNOR ANT," a BGDN Governor who ▒▒▒▒ ▒▒▒▒ This investigation is now a cooperative effort involving the JTFG and the INTERNAL REVENUE SERVICE (IRS), specifically SA ▒▒▒▒

WILLIAMS has a lengthy criminal history dating back to September of 1987 which includes arrests for possession of a controlled substance, unlawful use of a weapon, aggravated assault, attempted murder, and battery.

On two separate occasions search warrants directed at the former residence of WILLIAMS at 3700 174th court, apartment 8D, Lansing, Illinois (October, 1991) and his business known as J & J FISH HOUSE, located at 6420 S. Cottage Grove, Chicago, Illinois (August, 1991) resulted in the seizure of quantities of drugs, money, and weapons. WILLIAMS is currently awaiting trial on March 3, 1994 in Cook County District Court on these charges.

b6
b7C
b7D

During the summer of 1993 WILLIAMS was observed at an apartment in Stateway Gardens ▒▒▒▒

In August of 1993 a BGDN ▒▒▒▒ Chicago, Illinois. During the course of this ▒▒▒▒ and WILLIAMS. ▒▒▒▒ WILLIAMS ▒▒▒▒ WILLIAMS walked away from his Governor spot stating he had made millions for the BGDN ▒▒▒▒ At that time WILLIAMS became independent ▒▒▒▒ Recent source reporting indicates WILLIAMS ▒▒▒▒

WILLIAMS will sell drugs at high organizational levels to members of the BLACK DISCIPLES and the P STONE NATION as well as members of the BGDN. WILLIAMS has loyalty to the BGDN, however it does not outweigh his desire for more money, regardless of the source.

### GEOGRAPHICAL SCOPE OF OPERATION

Based upon recent source information, WILLIAMS operates a street crew of over one hundred individuals who distribute crack cocaine in the areas of the Chicago public housing known as the ROBERT TAYLOR HOMES, STATEWAY GARDENS, and IDA B. WELLS. WILLIAMS is more recently beginning to operate in areas of CABRINI GREEN and ROCKWELL GARDENS on Chicago's west side.

2

Def Exh 085

EB0017597

On January 29, 1994, at 8:07 PM, a double homicide occurred inside a parked vehicle which was located at 6546 South Minerva, Chicago, Illinois.

The identities of the victims were listed as follows: DERRICK FRAZIER, black, male, 23, address 1110 West 50th Street, Chicago, Illinois; and LADELL CLAYTON, black male, 23, address 368 East 50th Street, Chicago, Illinois. Both victims were members of the BLACK GANGSTER DISCIPLES. Both victims sustained gun shot wounds to the head at close range, weapon used was 9mm (not recovered).

The motive for the killing appeared to be drug related. The wanted offender, unknown black male, 20-28 years, light complexion, and approximately 6' to 6'2", with a nickname of "LANIER".

Having been advised by [REDACTED] as to the identity of persons closely related to ANTHONY Q. WILLIAMS [REDACTED], a key subject in Chicago investigation captioned "ANTBAN, ITAR - GANGS - VIOLENT CRIMES; OO: CHICAGO".

"LANIER" was mentioned as a close associate of ANTHONY WILLIAMS and on several occasions had been observed accompanying WILLIAMS to Narcotics Court at 26th and California.

CHICAGO POLICE DEPARTMENT (CPD) was provided with positive information as it relates to "LANIER", aka Edward L. Bolden. This information resulted in the arrest by CPD of one EDWARD L. GOLDEN, black male, 24 years, date of birth [REDACTED] 1969, IR #0752764, address 5249 South Honore, 6322 South Cottage Grove, 2nd floor, Chicago, Illinois.

**REDACTED**

The subject is currently being held in the COOK COUNTY JAIL, Division 1 (FD1) on $350,000 bond, charged with murder (2 counts) [REDACTED] [REDACTED]

Def Exh 085



EB-FBI000040

# Memorandum



To      : SAC, CHICAGO (166E-CG-92106) (P)      Date   2/1/94

From    : SA [        ] (SQUAD 8A)

Subject: ANTBAN
         ITAR - GANGS - VIOLENT CRIME
         OO: CHICAGO

  Re January 31, 1994, meeting between AUSA [    ] Gang Specialist [          ], and SA [    ]

b6
b7C

  A meeting was called by the AUSA to discuss the January 29, 1994, murder of LEDELL CLAYTON [          ]

  A third individual, [                              ] selling two keys of cocaine to ANT (ANTHONY WILLIAMS) at the J AND J FISH, 6422 South Cottage Grove, Chicago, Illinois.

  An unknown individual left J AND J FISH with CLAYTON [          ] and a short while later CLAYTON [        ] were shot by this individual. The unknown individual from J AND J FISH then came back and attempted to [                        ]

  A discussion was held which discussed the CHICAGO POLICE DEPARTMENT and the FBI's investigative interest in this matter as it concerns ANTHONY Q. WILLIAMS. It was decided both agencies would closely monitor the situation, gathering additional reports as they became available. Close contact would be maintained with the AUSA's Office regarding further developments in this matter.

(1)

166E-C6-92106-124

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___

FEB 02 1994

FBI — CHICAGO

Def Exh 085

EB0017572

```
166E- 92106 SUB K1
92D-CG-85664 SUB L
```

On January 14, 1994 ▮▮▮▮ contacted G/S ▮▮▮▮ telephonically and he provided the following information.

▮▮▮▮ advised that ▮▮▮▮ activity in the GANGSTER DISCIPLES.

▮▮▮▮ advised that ▮▮▮▮ Source was also able to obtain ▮▮▮▮

On 2/4/94 G/S ▮▮▮▮ S/A ▮▮▮▮ and S/A ▮▮▮▮ met with ▮▮▮▮ and he provided the following information:

▮▮▮▮ advised that he/she has ▮▮▮▮

▮▮▮▮ advised that after a triple shooting which involved two homicides that occurred 1/30/94 in which WILLIAMS was implicated WILLIAMS stayed in a downtown hotel possibly the Quality Inn located at Madison and Halsted until he was picked by Chicago Police department Detectives.

**Def Exh 085**

EB-FBI000049

███ provided information on another GANGSTER DISCIPLES (GD) ███

This information was also turned over to Lt. ███ of the Gang Investigation unit Chicago Police department.

███ advised that he was ███ source further advised that ███

███ The source advised that ███

███ The source futher stated that ███

Def Exh 085

EB-FBI000050