## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eddie L. Bolden, et al.

                     Plaintiff,

v.                                  Case No.: 1:17–cv–00417
                                      Honorable Steven C. Seeger

City of Chicago, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The jury returned a verdict after completing deliberations at 10:30 a.m. The Court assembled the parties and counsel, received the verdict, and read it into the record. On Count I (due process), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count II (pretrial detention without probable cause), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count III (failure to intervene), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count IV (conspiracy to violate constitutional rights), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count V (malicious prosecution), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count VI (intentional infliction of emotional distress), the jury returned a verdict in favor of Plaintiff and against all Defendants. On Count VII (civil conspiracy), the jury returned a verdict in favor of Plaintiff and against all Defendants. The jury awarded Plaintiff Bolden compensatory damages in the amount of $25,000,000. The jury awarded Plaintiff Bolden punitive damages against Defendant Pesavento in the amount of $100,000. The jury awarded Plaintiff Bolden punitive damages against Defendant Oliver in the amount of $100,000. The Court polled the jury. The Court confirmed unanimity, accepted the verdict, and discharged the jury. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.