**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME**

Defendants, James Oliver, Angelo Pesavento, Edward J. Siwek as Special Representative for the Estate of Edward Siwek and the Estate of George Karl ("Defendant Officers"), through their undersigned counsel, hereby request an order extending the time for their Reply to their Motion for Judgment as a Matter of Law to be filed. In support thereof, the Defendant Officers state as follows:

1. On October 29, 2021, this Court entered a briefing schedule for the Defendant Officers' Motion for Judgment as a Matter of Law. (*See* Dkt. No. 616) The Defendant Officers' reply brief is due January 7, 2022. (*Id.*)

2. Defendant Officers request a 10-day extension to file their reply brief due to Covid-19 related illnesses.

3. Counsel for the Defendant Officers has conferred with Plaintiff's counsel and Plaintiff's counsel agrees to the 10-day extension, which would make the reply brief due on January 17, 2022.

WHEREFORE, the Defendant Officers respectfully request that this court extend the time for the filing their reply brief to the Motion for Judgment as a Matter of Law to January 17, 2022.

Respectfully submitted,

/s/ *Barrett Boudreaux*

Special Assistant Corporation Counsel
One of the Attorneys for Defendant Officers

Andrew M. Hale (andy@halemonico.com)
Barrett Boudreaux (bboudreaux@ halemonico.com)
Brian J. Stefanich (bstefanich@ halemonico.com)
Jennifer Bitoy (jbitoy@halemonico.com)
HALE & MONICO LLC
53 W. Jackson, Suite 330
Chicago, IL 60604
312-341-9646

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ *Barrett Boudreaux*

Barrett Boudreaux
HALE & MONICO LLC
53 W. Jackson, Suite 330
Chicago, IL 60604
312-341-9646