IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST FOR DECISION PURSUANT TO LOCAL RULE 78.5**

Pursuant to Local Rule 78.5,[1] Plaintiff Eddie L. Bolden ("Mr. Bolden"), by his undersigned counsel, respectfully requests a decision on Defendant Officers' Motion for Directed Verdict (Dkt. 587), which was fully briefed as of January 21, 2022 (Dkts. 661, 666).

In October 2021, this Court and its jury gave Mr. Bolden what he had been waiting close to three decades for: an opportunity for justice. This Court presided over an approximately four-week jury trial during the unprecedented COVID-19 global pandemic—a substantial feat that required extensive coordination with other courts in this District, courthouse staff, counsel, and the jurors themselves. Mr. Bolden is deeply grateful for the Court's attentiveness to this case, for its palpable efforts to ensure the safety of all involved, and for the fair and full trial that it afforded to all parties.

As the Court is well aware, the jury returned a verdict fully in Mr. Bolden's favor. *See* Dkt. 615. Justice is now within reach, but it has not yet been achieved. Despite his vindication at trial, Mr. Bolden has not received any of the damages awarded by the jury. Defendant Officers

---

[1] Local Rule 78.5 provides that "[a]ny party may on notice provided for by LR5.3 call a motion to the attention of the court for decision." N.D. Ill. L.R. 78.5, available at https://www.ilnd.uscourts.gov/_assets/_documents/_rules/LRRULES.pdf.

have moved this Court for a directed verdict, which is their right. Mr. Bolden expects that if their motion is unsuccessful, they will appeal. He will then have to endure yet another, perhaps years-long, wait for justice. He has waited almost thirty years for relief. And until the Court resolves the pending motions, his quest for justice is stalled.

    Mr. Bolden understands and respects the tremendous number of cases before this Court, all of which compete for its limited time and resources. But delays affect Mr. Bolden more severely than a typical litigant. As established through the evidence at trial, Mr. Bolden suffered greatly at the hands of Defendant Officers, not only mentally and emotionally, but also physically. Languishing in prison as an innocent man for decades has negatively affected both Mr. Bolden's health and his life expectancy. Given those inexorable facts, the time he has left to enjoy the compensation the jury awarded is dwindling. Accordingly, as permitted by Local Rule 78.5, Mr. Bolden respectfully brings to the Court's attention the fully briefed motion for directed verdict.

Dated: May 24, 2022

Respectfully submitted,

/s/ Ronald S. Safer
Ronald S. Safer
Matthew Crowl
Eli J. Litoff
Valerie Brummel
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
elitoff@rshc-law.com
vbrummel@rshc-law.com

Sandra L. Musumeci (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
136 Madison Avenue
6th Floor
New York, New York 10016
(212) 660-1000

smusumeci@rshc-law.com

*Attorneys for Plaintiff Eddie L. Bolden*