## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Eddie L. Bolden,

Plaintiff(s),

v.

Angelo Pesavento, et al.,

Defendant(s).

Case No. 1:17-cv-417
Judge Steven C. Seeger

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Judgment is entered in favor of Plaintiff Eddie L. Bolden and against Defendants Angelo Pesavento, James Oliver, the Estate of Edward Siwek, and the Estate of George Karl on Counts I, II, III, V, VI, VII, and VIII in the amount of $25,000,000 (twenty-five million dollars) in compensatory damages, plus prejudgment interest in the amount of $7,629,466.51 (seven million, six hundred twenty-nine thousand, four hundred sixty-six dollars, and fifty-one cents). In addition to compensatory damages, judgment in favor of Plaintiff Eddie L. Bolden and against Defendant Angelo Pesavento includes an additional $100,000 (one hundred thousand dollars) in punitive damages. In addition to compensatory damages, judgment in favor of Plaintiff Eddie L. Bolden and against Defendant James Oliver includes an additional $100,000 (one hundred thousand dollars) in punitive damages. In addition to compensatory damages, prejudgment interest, and punitive damages, judgment in favor of Plaintiff Eddie L. Bolden and against Defendants Angelo Pesavento, James Oliver, the Estate of Edward Siwek, and the Estate of George Karl includes an additional $5,120,844 (five million, one hundred twenty thousand, and eight hundred forty-four dollars) in attorney's fees and costs. Judgment is entered in favor of Plaintiff Eddie L. Bolden and against the City of Chicago on Count IX (respondeat superior) and Count X (indemnification). Count IV (*Monell*) is dismissed with prejudice. Judgment against the Estate of Edward Siwek, the Estate of George Karl, and the City of Chicago does not include punitive damages.

This action was *(check one)*:

☒ tried by a jury with Judge Steven C. Seeger presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☐ decided by Judge

Date:  4/12/2024                               Thomas G. Bruton, Clerk of Court

                                              Jessica J. Ramos, Deputy Clerk