**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDDIE L. BOLDEN, ) | |
| ) | Appeal from the United States |
| Plaintiff-Appellee, ) | District Court, Northern District of |
| ) | Illinois, Eastern Division |
| v. ) | |
| ) | No. 17 CV 0417 |
| ANGELO PESAVENTO, JAMES OLIVER, ) | |
| Estate of EDWARD SIWEK, Estate of ) | The Honorable |
| GEORGE KARL, CITY OF CHICAGO, ) | Steven C. Seeger, |
| ) | Judge Presiding. |
| Defendants-Appellants. ) | |

**NOTICE OF APPEAL**

Defendants ANGELO PESAVENTO, JAMES OLIVER, Estate of EDWARD SIWEK, Estate of GEORGE KARL, and CITY OF CHICAGO, by their attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the amended judgment of the United States District Court for the Northern District of Illinois entered April 12, 2024 (R. 733), which entered judgment in favor of Plaintiff Bolden and against Defendants Pesavento, Oliver, the Estate of Edward Siwek, and the Estate of George Karl on Counts I, II, III, V, VI, VII, and VIII in the amount of $25,000,000 in compensatory damages, plus $7,629,466.51 in prejudgment interest; $100,000 in punitive damages against Defendant Pesavento; $100,000 in punitive damages against Defendant Oliver; and $5,120,844 in attorney's fees and costs against Defendants Pesavento, Oliver, the Estate of Edward Siwek, and the Estate of George Karl; and also entered judgment in favor of Plaintiff Bolden and against Defendant City of Chicago on Count IX (respondeat superior) and Count X (indemnification). All defendants also appeal from all adverse orders entered prior to the amended judgment.

By this appeal, defendants will ask the court of appeals to reverse the district court's

judgment, orders, and rulings, and grant such other relief as they may be entitled to on this appeal.

Respectfully submitted,

*Attorneys for City of Chicago*

/s/ Tiffany S. Fordyce

Tiffany S. Fordyce
John F. Gibbons
Kyle Flynn
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
fordycet@gtlaw.com
gibbonsj@gtlaw.com
flynnk@gtlaw.com

*Attorneys for Angelo Pesavento, James Oliver, Estate of Edward Siwek, Estate of George Karl*

/s/ Brian J. Stefanich

Andrew M. Hale (andy@halemonico.com)
Barrett Boudreaux (bboudreaux@halemonico.com)
William E. Bazarek (web@halemonico.com)
Brian J. Stefanich (bstefanich@ halemonico.com)
HALE & MONICO LLC
53 W. Jackson, Suite 330
Chicago, IL 60604
(312) 341-9646

## CERTIFICATE OF SERVICE

      The foregoing NOTICE OF APPEAL has been electronically filed on April 22, 2024. I certify that I have caused the foregoing NOTICE OF APPEAL to be served on all counsel of record via CM/ECF electronic notice on April 22, 2024.

                                                s/ Tiffany S. Fordyce