# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 23, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-1674 |
| Caption:<br>EDDIE L. BOLDEN,<br>       Plaintiff - Appellee<br><br>v.<br><br>ANGELO PESAVENTO, et al.,<br>       Defendants - Appellants |
| District Court No: 1:17-cv-00417<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge Steven Charles Seeger<br><br>Date NOA filed in District Court: 04/22/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)