**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDDIE L. BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 00417 |
| | ) | |
| vs. | ) | Honorable Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATEMENT REGARDING
STIPULATION OF FEES AND COSTS RELATED TO POST-TRIAL MOTIONS**

The Parties, by their respective counsel, submit the following Joint Statement with respect to the Parties' Stipulation Regarding Fees and Costs Related to Post-Trial Motions, Dkt. 764, and the Court's request for clarification regarding the same, Dkt. 765.

1. On June 21, 2024, the Parties filed a stipulation advising the Court that they had reached an agreement regarding an appropriate award of fees and costs to Plaintiff in connection with the briefing of post-trial motions. Dkt. 764.

2. On June 25, 2024, the Court instructed the Parties to file a short statement to "clarify what, exactly, they want the Court to do." Dkt. 765.

3. The Parties have conferred in response to the Court's request and hereby clarify that they do not ask the Court to do anything, yet.

4. Local Rule 54.3(b) requires a party seeking attorneys' fees and costs to file a motion within 90 days after entry of the judgment on which the motion is founded. The Parties' stipulation was filed so the record would reflect that the Parties had reached an agreement and there was no need for Plaintiff to file a motion within the 90-day period.

5. Defendants, however, have appealed the Judgment on which the award of fees and costs is founded. Therefore, to conserve judicial resources and avoid complicating the pending appeal, the Parties do not ask the Court to take any action at this time. Rather, following the resolution of the pending appeal, the Parties will jointly move the Court to take appropriate action, if necessary.

6. The Court has authority to do so under Local Rule 54.3(g), which allows the Court, "on its own initiative," to "modify any time schedule provided for by this rule."

Dated: June 28, 2024                                    Respectfully submitted,

/s/ *Kyle L. Flynn*
John F. Gibbons
Tiffany S. Fordyce
Kyle L. Flynn
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
gibbonsj@gtlaw.com
fordycet@gtlaw.com
flynnk@gtlaw.com

*Attorneys for Defendant City of Chicago*

/s/ *Brian J. Stefanich*
Andrew M. Hale
Barrett Boudreaux
William E. Bazarek
Brian J. Stefanich
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60654
(312) 341-9646
Andy@halemonico.com
bboudreaux@halemonico.com
web@halemonico.com

/s/ *Eli J. Litoff*
Ronald S. Safer
Matthew C. Crowl
Eli J. Litoff
Blake Kolesa
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
elitoff@rshc-law.com
bkolesa@rshc-law.com

*Attorneys for Plaintiff Eddie L. Bolden*

bstefanich@halemonico.com

*Attorneys for Defendants Angelo Pesavento,
James Oliver, and Edward J. Siwek, as Special
Representative for the Estate of Edward Siwek*