IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE L. BOLDEN, ) <br> ) <br>     Plaintiff-Appellee, ) <br> ) <br>     v. ) <br> ) <br> ANGELO PESAVENTO, JAMES OLIVER, ) <br> ESTATE OF EDWARD SIWEK, ESTATE OF ) <br> GEORGE KARL, and CITY OF CHICAGO, ) <br> ) <br>     Defendants-Appellants. ) <br> ) | Case No. 24-1674 (7th Cir.) <br><br> Case No. 17 cv 417 (N.D. Ill.), <br> Judge Steven C. Seeger |

**STIPULATION FOR SATISFACTION OF JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record:

1. Pursuant to the Release and Satisfaction of Judgment Agreement executed by the parties, Defendant City of Chicago, as indemnitor pursuant to 745 ILCS 10/9-102, agrees to pay a total sum of twenty-two million and 00/100 dollars ($22,000,000.00) to plaintiff in satisfaction of the April 12, 2024 amended judgment ("April 12 Judgment") of compensatory damages and attorney's fees and costs. That payment is inclusive of and resolves all fees and costs, whether or not those fees and costs were included in the district court's April 12 Judgment, and also includes and resolves any interest accrued through the date of payment, with the exception of prejudgment interest.

2. Pursuant to the Release and Satisfaction of Judgment Agreement executed by the parties, Plaintiff waives any rights under the April 12 Judgment to the punitive damages awarded against Defendants Angelo Pesavento and James Oliver.

3.  Defendants continue to pursue their pending appeal, No. 24-1674 (7th Cir.), only as to the portion of the April 12 Judgment awarding prejudgment interest.

4.  The parties agree that once the total sum of twenty-two million and 00/100 dollars ($22,000,000.00) is paid in full, all claims that were or could have been made in this litigation against defendant City of Chicago and any of its current or former employees are concluded, except for plaintiff's claim for prejudgment interest which is pending on appeal.

5.  The parties do not ask the Court to take any action at this time. Following the conclusion of Defendants' appeal of the prejudgment interest award, the Court can take appropriate steps, if necessary, to conduct further proceedings or terminate this action.

__/s/ Ronald S. Safer__
Ronald Safer, Attorney for plaintiff
Eddie L. Bolden
Riley Safer Holmes & Cancila LLP
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
Attorney No. 6186143
DATE:   9/12/2024

City of Chicago
a Municipal Corporation
Mary B. Richardson-Lowry
Corporation Counsel
Attorney for defendant City of Chicago

BY:  /s/ Jessica L. Felker (with permission)
Jessica L. Felker
Deputy Corporation Counsel,
Federal Civil Rights Litigation
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
312-744-6959
Attorney No. 6296357
DATE:   9/12/2024

  /s/ Brian Stefanich (with permission)
Brian Stefanich
Attorney for defendants Angelo Pesavento,
James Oliver, the Estate Of Edward Siwek, and
the Estate Of George Karl
Hale & Monico

        Monadnock Building
        53 W Jackson Blvd, Suite 334
        Chicago, IL 60604
        312.564.4924
        Attorney No.
        DATE:   9/12/2024