# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 7, 2026

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

|  | |
|---|---|
| No. 24-1674 | EDDIE L. BOLDEN, <br>     Plaintiff - Appellee <br><br> v. <br><br> ANGELO PESAVENTO, et al., <br>     Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:17-cv-00417 <br> Northern District of Illinois, Eastern Division <br> District Judge Steven C. Seeger ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:     No record to be returned

form name: **c7_Mandate**   (form ID: **135**)